**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Quincy Magee,

Plaintiff,

-against-

The Walt Disney Company, et al.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/23/2020

1:19-cv-10274 (AJN) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the previously scheduled initial conference on April 28, 2020 at 10:30 a.m. (*see* ECF No. 14) shall be adjourned until **April 28, 2020 at 2:00 p.m.** and shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

Counsel for Defendants shall email this Order to *pro se* Plaintiff at the email address listed in ECF No. 2 and shall attempt to contact *pro se* Plaintiff to confirm he is aware of the change.

**SO ORDERED.**

DATED:       New York, New York
             March 23, 2020

_____

STEWART D. AARON
United States Magistrate Judge