**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__4/28/2020__
```

Quincy Magee,

                              **Plaintiff,**

            **-against-**

The Walt Disney Company, et al.,

                              **Defendants.**

**1:19-cv-10274 (AJN) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties today and for the reasons stated on the record, IT IS HEREBY ORDERED, that if Defendants wish to stay discovery, they shall file a motion to stay discovery no later than May 12, 2020. If the motion is filed, *pro se* Plaintiff shall file his opposition no later than June 11, 2020 and Defendants shall file their reply no later than June 25, 2020. After the motion is decided, the Court will schedule a conference, if and as needed.

If Defendants do not file a motion to stay discovery by May 12, 2020, discovery shall commence, and the Court will promptly thereafter schedule a conference to set a case schedule.

In addition, Plaintiff is advised that, in light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf.

*Pro se* parties who are unable to use email may submit documents by regular mail to the *Pro Se*

2

Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007. For more information,

including instructions on this new email service for *pro se* parties, please visit the Court's website

at nysd.uscourts.gov.

      Chambers will email a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
             April 28, 2020

                                  _____
                                    STEWART D. AARON
                                    United States Magistrate Judge