USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Quincy Magee,

            Plaintiff,

–v–

The Walt Disney Company, *et al.*,

           Defendants.

19-cv-10274 (AJN) (SDA)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff has moved for sanctions against Defendants under Rule 11(b) and for default judgment. *See* Dkt. Nos. 22, 23. The Court sets the following briefing schedule on these motions. Defendants' opposition is due on May 18, 2020. Plaintiff's reply, if any, is due on June 1, 2020.

    SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge