UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Quincy Magee,

                          Plaintiff,

     -against-

The Walt Disney Company, et al.,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2020

1:19-cv-10274 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's voicemail from June 10, 2020. Plaintiff is not authorized to communicate with the Court by telephone. Any communication with the Court shall be sent by letter to the Pro Se Intake Unit.

With respect to Defendants' pending motion for judgment on the pleadings (ECF No. 40), the Court sets the following schedule:

1. Plaintiff shall file his opposition no later than June 25, 2020; and
2. Defendants shall file their reply, if any, no later than July 2, 2020.

**SO ORDERED.**

DATED:   New York, New York
         June 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge