USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Quincy Magee,

                    Plaintiff,

          –v–

The Walt Disney Company, *et al.*,

                    Defendants.

19-cv-10274 (AJN) (SDA)

ORDER

ALISON J. NATHAN, District Judge:

The Court construes Plaintiff's most recent filings as his objections to Judge Aaron's

June 30, 2020 Report and Recommendation.  *See* Dkt. Nos. 58-62.  Pursuant to Federal Rule of

Civil Procedure 72(b), any response from Defendants to Plaintiff's objections is due on or before

July 27, 2020.

          SO ORDERED.

Dated: July 21, 2020
          New York, New York

_____
          ALISON J. NATHAN
          United States District Judge

1