USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/1/2020__

August 28, 2020

The United States District Court for
the Southern District of New York
500 Pearl Street, New York, New York 10007

Quincy Magee
141 N. Wilton St
Philadelphia, PA 19139

vs.

The Walt Disney Company
500 S Buena Vista St
Burbank CA 91521

**Motion to Access SDNY Buildings with Electronic Devices**
**19CV10274**

Plaintiff's request is DENIED WITHOUT PREJUDICE. Given the current status of proceedings in this case, there is no reason for Plaintiff to be physically present at either courthouse. SO ORDERED.
Dated: 9/1/2020

Quincy Magee requests the court to authorize him to access the premises at 500 Pearl Street and 40 Foley Street with his electronic devices.

Ahead of Quincy Magee's visit to the court on August 28th he notified the Pro Se office of his intention to schedule a time to meet with the office in person and discuss the process of his case and address his questions, He was not notified of the changes in security protocol.

Quincy Magee was notified by building security at 500 Pearl Street, and 40 Foley Street that he needed to make special request to enter the building with his phone and computer.

He was compelled to use his phone to enter the building, as part of the temperature screening. He was not permitted to enter the building with his phone or computer, and he was not permitted to check his locked brief case with security containing these items. He took this refusal as an indication that security intended to access his electronic devices while he was on the premises in violation of Computer Fraud & Abuse Act, 18 U.S.C. § 1030.

Quincy Magee then notified security guard Young, that if they accessed his computer without his authorization, he would contact the authorities. Young then refused Quincy Magee access to the premises on August 28th, 2020. Quincy Magee then contacted the NYPD to report the incident.