December 10th, 2020

The United States District Court for
the Southern District of New York
500 Pearl Street, New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/11/2020__

Quincy Magee
141 N. Wilton St
Philadelphia, PA 19139

vs.

Motion for Initial Disclosure.

19CV10274

Quincy Magee has reason to believe that persons associated with Facebook desired to intervene in this contract dispute with Disney, due to their exposure to liability. Quincy Magee would like to determine if London Fischer is in anyway associated with David Fischer the Revenue Officer of Facebook. Quincy Magee filed complaints about being harassed, extorted and bullied by associates of Facebook i.e. Peter Thiel. An incident of this harassment occurred after Quincy Magee requested a protective order from Judge McMahon in 2017, After Quincy Magee refused to sign a release of his media rights in 2016 at Harvard Business School.
https://www.nytimes.com/2020/12/09/technology/facebook-antitrust-monopoly.html.

Quincy Magee also filed a complaint with the SEC about various companies including Palantir. Quincy Magee believes that Facebook attempted to extort Quincy Magee and desired to prevent him from obtaining the resources to litigate his claims with the SEC, including his ownership in various companies.

1. Goldman Sachs
2. The Walt Disney Company
3. Bloomberg
4. Alphabet
5. Renaissance Technologies
6. Palantir
7. AIG
8. Airbnb
9. Tesla
10. Other Investment Banks
11. Other Technology Companies

1. Quincy Magee requests the court to ORDER the Walt Disney Company to provide the insurance policy under which this contract liability is covered.

December 10th, 2020

I Quincy Magee, declare under penalty of perjury that the following facts are true and correct

*Quincy Magee* (signature)

Quincy Magee

141 N. Wilton St. Philadelphia, 19139

(215) 796 - 9547

> Quincy Magee's request for an order compelling discovery is DENIED as premature. See Fed. R. Civ. P. 26(a)(1)(C). The Court reminds Quincy Magee that his amended complaint is due December 14, 2020. SO ORDERED.

SO ORDERED.   12/11/2020
ALISON J. NATHAN, U.S.D.J.