UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____                  │
│ DATE FILED: 12/14/2020           │
└─────────────────────────────────┘
```

Quincy Magee,

                    Plaintiff,

        —v—

The Walt Disney Company, *et al.*,

                    Defendants.

19-cv-10274 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received the attached amended complaint from Quincy Magee by email.

Pursuant to the Court's Order of October 13, 2020, all pro se filings must be through the

Court's Pro Se Intake Unit.  Documents may be sent to the Pro Se Intake Unit for filing by mail

at Room 230 of the United States Courthouse, 500 Pearl Street, New York, N.Y. 10007, or by

email at Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Instructions for pro se filing are

available on the Court's website at https://www.nysd.uscourts.gov/prose.  The Court **will not**

accept or consider any further document submitted ex parte by email.


        SO ORDERED.


Dated:  December 14, 2020
        New York, New York
                                    _____
                                        ALISON J. NATHAN
                                    United States District Judge

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Civil Division

|  |  |
|---|---|
| Quincy Magee | Case No. 19 CV 10274 |
| Plaintiff(s) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| The Walt Disney Company | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Quincy Magee |
| Street Address | 141 N Wilton St. |
| City and County | Philadelphia |
| State and Zip Code | PA 19139 |
| Telephone Number | 2157969547 |
| E-mail Address | quincy.magee@gmail.com |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Walt Disney Company |
| Job or Title *(if known)* | |
| Street Address | 500 S Buena Vista St. |
| City and County | Burbank |
| State and Zip Code | CA 91521 |
| Telephone Number | 818-560-1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | The American Broadcasting Company |
| Job or Title *(if known)* | |
| Street Address | 77 West 66th Street |
| City and County | New York |
| State and Zip Code | NY |
| Telephone Number | 212-456-7297 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)*     Quincy Magee                    , is a citizen of the State of *(name)*     Pennsylvania                    .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    ,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*                    , is a citizen of the State of *(name)*                    . Or is a citizen of *(foreign nation)*

_____.

2.     If the defendant is a corporation

The defendant, *(name)*   The Walt Disney Company           , is incorporated under the laws of the State of *(name)*     CA                    , and has its principal place of business in the State of *(name)*     CA                    .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)*     California                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Includes revenue and value from the "beginning of time" to the date of the agreement and subsequent revenues and value since the date of the agreement, types of property include: musical rights, copyrights, master recordings, motion picture rights, film and television rights, intellectual proprerty, real estate and patents valued at more than 50 Billion USD.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)*    Quincy Magee                                                         , and the defendant,

*(name)*    The American Broadasting Company                                  , made an agreement or contract on

*(date)*    11/21/2020            . The agreement or contract was *(oral or written)*    written            . Under that

agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

See Attached FACTS, HISTORYAND CLAIMS

STATUES
41 U.S. Code § 6503.Breach or violation of required contract terms
28 U.S. Code § 657 - Arbitration award and judgment
C.L.U.S. §106a "Rights of certain authors to attribution and integrity"
C.L.U.S. § 1321 · Remedy for infringement.
C.L.U.S. § 501D " "Infringement of copyright: Secondary Transmission"
15 USC 7245, 'Rules of professional responsibility for attorneys'
18 U.S.C. § 1951, Hobbs Act, Extortion by force, violence, or fear.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

See Attached CLAIMS

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

See Attached RELIEF

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            12/10/2020

Signature of Plaintiff
Printed Name of Plaintiff    Quincy Magee

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## MEMORANDUM OF LAW

Quincy Magee considers this contract to have occurred under duress and economic duress due to threat of termination, and loss of benefits including health insurance. Quincy Magee received good performance reviews until the subject of his personal property became a subject of negotiation at ABC. After receiving the designation of finalist in the film festival Quincy Magee was subjected to threats of termination and then requested to resign and sign a separation agreement, which caused economic duress the evaluation of duress precludes any dismissal due to the terms of the contract. Furthermore, the requirement to evaluate duress would require discovery to commence.

1. There is law in the Court of Appeals for the 7th Circuit that states that "threat of termination" can cause a contract to occur under duress and therefore be void.

    "Threat of discharge from one's employment may constitute duress which would make voidable a contract executed while the party was under such a threat." LAEMMAR v. J. WALTER THOMPSON COMPANY

2. There is law in the Court of Appeals for the 8th Circuit that makes clear that duress in a "separation agreement" makes contracts void.

    "Genuine issues of material fact as to whether agreement rescinding former employee's original employment contract was the product of duress and voidable precluded summary judgment on issue of whether former employer owed employee unpaid sales bonuses earned under original contract," GILKERSON v. NEBRASKA COLOCATION CENTERS, LLC

### STATUES

41 U.S. Code § 6503.Breach or violation of required contract terms

28 U.S. Code § 657 - Arbitration award and judgment

C.L.U.S. §106a "Rights of certain authors to attribution and integrity"

C.L.U.S. § 1321 · Remedy for infringement.

C.L.U.S. § 501D " "Infringement of copyright: Secondary Transmission"

15 USC 7245, 'Rules of professional responsibility for attorneys'

18 U.S.C. § 1951, Hobbs Act, Extortion by force, violence, or fear.

## CLAIM

The Walt Disney Company breached the contract in several ways including:

1. The Walt Disney Company breach the 2014 agreement when with acquired 20th Century Fox, which includes content to which Quincy Magee claims rights. (ie. "Murder on the Orient Express," X-Men First Class", and "The Post") The mutual release in Paragraph 8 of the agreement prohibits The Walt Disney Company from making claims to Quincy Magee property or property to which he has rights. In his Discovery Requests Quincy Magee stated: "It should be noted that projects in question were acquired by The Walt Disney Company, as part of the 20th Century Fox Acquisition, March 2019. The release in the contract could be used to negotiate or compel acquisition, which should be considered cooperation by Quincy Magee for which he deserves additional compensation."

2. The Walt Disney Company further breached the agreement due to unauthorized surveillance of Quincy Magee, which he reported to the FBI and Police and in previous filings in violation of Paragraph 8.

3. It is undisputed by the defendant that "all monies contractual or otherwise was not paid." Quincy Magee makes clear in the complaint the monies that he is entitled to, the revenue from content which he contributed to listed in the complaint, which was not included in the monies he received which were to include "all monies contractual or otherwise."

4. The Walt Disney Company did not maintain life insurance policy as stated in paragraph 3. Quincy Magee was not permitted to purchase a life insurance policy as this agreement would require, as demonstrated by the AIG denial Letter

5. Quincy Magee was retaliated against by The Walt Disney Company as described in the complaint, motion for sanctions, Prohibited Personnel Practices, and Plaintiff Motion for Judgement on the Pleadings, which would nullify the release in paragraph 8. This retaliation caused duress, and economic duress.

   a. Furthermore, on July 1st, 2020. Quincy Magee was followed by an ABC News van in Philadelphia, PA. Later he had to make complaint to police in regard to his food being tampered with at a Restaurant in King of Prussia, PA, including his complaints he made to Philadelphia, Police. This demonstrates a pattern of ABC harassing him and bullying him.

6. The Walt Disney Company began a tacit motion to compel discovery in 2014 without the authority of the court using tactics such as unauthorized surveillance, a claim unrefuted in the motion for stay of discovery. Furthermore, Quincy Magee believes this type of one-sided discovery nullifies the release mentioned in Paragraph 8(a.), (b.).

   a. The Walt Disney Company also used tactics such as breach of contract (deprivation), harassment, and retaliation to interfere with Quincy Magee's claims, tactics which also lead to financial hardship, and personal injury as described in the complaint and motion for sanctions.

   b. Spoliation inference: The Walt Disney Company used tactics such as unauthorized surveillance as a form of discovery to control evidence of claims, which makes any stay of discovery inappropriate, as reported to the FBI.

   c. The Walt Disney Company had motive to use its influence to take control of Quincy Magee's email account quincy.magee@gmail.com from 2015 to 2018 in an attempt to control evidence and discovery in this contract dispute, which prevented Quincy Magee from having access to his copy of the contract from 2015 until 2018.

   d. The Google email account quincy.magee@gmail.com and the godaddy.com hosted email account quincy@renmedia.info mentioned herein also contained documents and evidence of his claims. It should be further noted that the godaddy.com email account quincy@renmedia.info was deleted by godaddy.com after approximately only 30 days of non-payment, as a result of deprivation and breach of contract, in 2015 shortly before the release of the motion picture, Star Wars: The Force Awakens was distributed, to which Quincy Magee claims rights.

7. The defendant did not fulfill its obligation to negotiate usage rights as stated in Paragraph 8. Quincy Magee believes the intention to negotiate extends to include all of his works. Furthermore, Quincy Magee believes this stipulation categorically excludes his works from the "release from …claims" in Paragraph 8(a.)

8. Quincy Magee did not have an opportunity to review the contract with counsel under personal retainer.

9.  The defendant did not compensate Quincy Magee for cooperation as described in paragraph 12, a fact
    undisputed by the defendant. Quincy Magee considers his work as described a type of cooperation for
    which is due compensation. Because the Walt Disney Company did not make "certain of sums, contractual
    or otherwise" it began to operate as a fiduciary on a "passive financial basis" as described in the complaint
    in breach of the contract. "Quincy Magee continued to operate his company and engaged in roles including
    producer, executive producer, writer, director, acting, board member, chief suite consultant and advisor at
    Disney, working via teleconference, and sending notices to Cravath Swaine and Moore.

December 10th, 2020

The United States District Court for
the Southern District of New York
500 Pearl Street, New York, New York 10007

Quincy Magee
141 N. Wilton St
Philadelphia, PA 19139

vs.

Exhibit
19CV10274

The Walt Disney Company
500 S Buena Vista St
Burbank CA 91521

Music Analysis of Quincy Magee song "June 24 LAID" and the background music provided for the First Annual Disney ABC Short Film Festival

For Example:
For the First Annual Disney ABC Short Film Festival in 2014, ABC provided backing tracks to be used as background music. Quincy Magee became aware that the music provided for the background music was an interpolation of music he composed in June 2004. The background music provided by ABC contained the same notes in the same sequence style as Quincy Magee's song "June 24 LAID," with the exception of an 8th note of A flat note which was moved. The musical phrase is lengthened by a factor of 2 and there is a musical rest added to the first beat of the music from the interpolation.

Both phrases are in the key of B Major.

Music phrase composed by Quincy Magee in June 2004



Music phrase of interpolation from film festival backing track.



Quincy Magee believes this willful interpolation shows the intent of The Walt Disney Company to use Quincy Magee's compositions and license his works for use in content solicited by The Walt Disney Company and distribute his content for use in third party content. It is for this reason that Quincy Magee requested the stipulation reserving his content rights in his cooperation agreement.

## NOTICE OF PROHIBITED PERSONNEL PRACTICE.

VIOLATED PERSONNELL PRACTICE

1. ENCOURAGED TO WITHDRAWL FROM COMPETITION

   a. He was encouraged to resign from his position under duress, including threat of termination.

2. DISCRIMINATION

   a. He made complaint against a coworker and then was retaliated against with an increase in workload and lack of communication

3. COERCE POLITICAL ACTIVITY

4. IMPROPER ACCESSING MEDICAL RECORDS

   a. His medical information may have been accessed without his consent.

5. SUSPENSION

6. NON-DISCLOSURE AGREEMENT

   a. He was asked to sign a sweeping release from claims which suggests a consciousness of liability.

7. HARASSMENT/RETALIATION

   a. The harassment and violence continued after he resigned, and he was not paid for his cooperation time and expenses as this contract establishes

8. CHANGE IN DUTIES

   a. Quincy Magee was retaliated against with an increase in workload and lack of communication

9. WITHHELD PAY AND BENEFITS

   a. The payment terms of the contract were breached.

While working at ABC from 2012 to 2014, Quincy Magee received good performance reviews, and received great reviews from his business partners. He reported an incident when a former colleague referred to him with a term historically used as a slur. Soon after Quincy Magee reported the comment the person retired abruptly. Subsequently, Quincy Magee experienced conduct which he considers retaliation and caused a hostile work environment.

Subsequently, Quincy Magee was harassed outside of the office on social media, which he reported to the Tumblr and to Community Affairs. People refused to speak to him, and deliberately violated his privacy, at his home and at work. He believes his coworkers went through his office in search of his medical reports in violation of his privacy, which he reported to building security.

After making complaint regarding his former colleague, his responsibility at work increased dramatically, and he was not offered adequate additional compensation to match his level of responsibility, or a title to reflect his level of responsibility. The company refused to provide him a company laptop in contrast to his coworkers, which forced him to perform his extensive job duties at the office. This caused stress with his personal finances as he was not being paid adequately and had to purchase his laptop himself.

Quincy Magee then enrolled in the School of Professional Studies at New York University, June 2014 for a course in Financial Modeling, in which received an A, which he hoped would prove he earned a promotion and raise in his pay. He also joined the company's recreational baseball team and participated in public service at Disney. He also took an opportunity to display his creative talent. He entered a musical theatre song and performance video, he wrote, acted in and produced in a companywide film festival, where he won a position as finalist, in July 2014, a designation which he considers an arbitration award. He hoped the song would increase the moral of his work environment and ingratiate himself with his coworkers.

Due to Quincy Magee's extensive experience in music and film going back to 2004, when Quincy Magee started his own publishing and production company. He believes that this designation signaled that Disney/ABC would administrate Quincy Magee's music and film rights which is valued in the hundreds of millions of dollars, which caused contention in the entertainment business, because his copyrights were being infringed upon by various media companies.

Quincy Magee was then attacked at his home while sleeping in August of 2014, where he woke up with a needle injection mark in his left arm. He reported his incident to his doctor, who later refused him service. Afterwards, he was asked to resign from his position, effective November 28th, 2014. Because he was under threat of domestic violence, and due to harassment and a hostile work environment, he considers the request to resign to have occurred under duress and in retaliation for making reports to police. He was fearful for his personal safety, therefore, he agreed to leave. He demanded to retain his music rights and films rights and Disney/ABC agreed to pay him as part of a cooperation agreement. After November 28th, the terms of the agreement were breached, he was not paid for his time and expenses as the contact establishes and the email account where the signed agreement was stored was locked from 2015 to 2018, the pictures and images from the attack in 2014 were deleted from his email account which also contained a copy of the contract. The harassment and retaliation continued upon resigning. Quincy Magee was asked to resign, and the release in this agreement may have been used to cover attempts at fraud or extortion and refers to Quincy Magee's participation in "investigations,"

Considering this agreement occurred under duress this agreement cannot be enforced as written and is void. Furthermore, the release in paragraph 8.a. indicates a consciousness of liability.

**CAUSES OF DURESS INCLUDE**

1. THREAT OF TERMINATION
2. HARASSMENT
3. THREATS ON TUMBLR
4. HOSTILE WORK ENVIORNMENT
5. PRIVACY VIOLATIONS
6. DISCRIMINATION
7. I WAS NOT ABLE TO REVIEW THE AGREEMENT WITH AN ATTORNEY UNDER PERSONAL RETAINER.

**HISTORY**

1.   Quincy Magee believes that the 1992 Disney film "Aladdin" makes reference to his name in the chorus to the song "Prince Ali" "The song states "Prince Ali!, Mighty is he!, Ali Ababwa," which closely resembles "It is he Quincy Magee, Ali Ababawa," which makes reference to the 1985 Prince & The Revolution song "Raspberry Beret" which contains the lyrics, "My boss was Mr. Magee." Quincy Magee believes that The Prince song and Quincy Magee's life rights was the inspiration for the NBC show "The Fresh Prince Of Bel Air."

2.   Quincy Magee believes that he was deliberately injured in 2012 (acute medical treatment) while he was working alongside a former ABC executive at Tough Mudder and in 2016 (Head Laceration) in retaliation for his claims and making a public statement in his song "Molly," which references an incident which occurred in 2006 when he was drugged and kidnapped, after he left Sony Music Studios in New York City. Disney referenced this incident in the 2010 film "Frozen", by naming one of the characters in the motion picture after one of the attackers. Furthermore, the film is a film adaptation of the lyrics of a song Quincy Magee wrote titled "Boasting." and "Hypothermia." Quincy Magee has reason the believe that after the incident representatives with affiliation to Sony intended to compromise him in order to intimidate him from pursuing a lawsuit. Upon filing his complaint in the District of Colombia in 2017, 17CV2842, Quincy Magee was sequestered and detained without notice in New Jersey for 50 days, where he was denied medical exams and observed by Disney ABC executives via teleconference, and a representative from Goldman Sachs, in violation of FRCP. Rule 35.

3.   In 2012, 2 years after his father Virgil Magee's death, Quincy Magee was then hired at ABC where within two years he was subjected to prohibited personnel practices, harassed, intimidated, and requested to sign a sweeping release from claims, under duress, after meeting with police and FBI. Quincy Magee demanded to retain his rights to his works, he was then asked to sign away his media rights upon enrolling in Harvard Business School in 2016. Quincy Magee believes that HBS requested a release of Quincy Magee's media rights to nullify his infringement claims. When he refused to sign the media release he was retaliated against. Quincy Magee believes that his content and life rights were infringed upon, as early as, 1992 by Disney when his full name Quincy Magee was referenced in the Disney film, Aladdin.

4. In 2009, Quincy Magee was interviewed by FBI in New York as part of a background investigation, by the White House and was subsequently followed on Twitter by Barack Obama's Twitter account. In 2009, Disney purchased distribution rights to "Up in the Air" a film which is an adaptation of the lyrics of a song Quincy Magee wrote titled "Lover and Friend" from 2006. The film included relationships between characters, setting, themes, and narrative from Quincy Magee's song. Around 2013, Quincy Magee's content and claims became subject of investigation by the FBI. During his time at ABC, the FBI began to investigate Goldman Sachs for fraud and or forgery as part of the 1MDB investigation which included property such as films and music rights to which Quincy Magee has rights, (i.e. "The Wolf of Wall Street." The film follows the narrative of Quincy Magee's song titled "Oscar" recorded in 2011, written earlier than 2011) which makes reference to the financial services industry, contract law, and the culture of managing client relationships, and the legal framework of contracts, the film includes scenes adapting Quincy Magee's works.

5. In 2015, Quincy Magee was evicted from his apartment and became homeless, and the violence and harassment continued, the circumstances he was made to endure resembled the narrative of the Disney film "Aladdin". He was forced to beg for food, shelter and health services. While being bullied he was at times harassed, injured, robbed, and mugged, as reported to Police and the FBI. He was physically assaulted and injured at the Empire hotel, which is near the ABC offices, where two security guard punched him in the face and shoved him to the ground in the middle of the street after he requested to use the bathroom in the hotel lobby. He was then subjected to personal injury as described in the complaint. He was prevented from having regular medical services and testing. While homeless Quincy Magee was followed, harassed, assaulted, and stalked by people he believes were operating at the request of DISNEY ABC, he made reports to police and the FBI. Quincy Magee was prevented from receiving social services including food stamps and public housing. The harassment was foreshadowed in the hateful messages he reported to Tumblr in 2014. The Tumblr post referenced "life ruiners."

6. The treatment Quincy Magee wrote for this music video "Molly (I Met a Chick)", 2011 was referenced by Michael Jackson in the lyrics to a song titled "A Place with No Name," which was featured in the 2014 album "Xscape," which was released while Quincy Magee was working at ABC. It should be noted that Molly is the name of his paternal great grandmother.

7.  After becoming a finalist in the ABC film festival 2014, Disney/ABC, and other media companies then continued to use Quincy Magee's writings, content and music and did not negotiate with him as this contract establishes. He was then recruited to begin working with the studios more directly. He then discussed participating in the talent development program at Disney. He believes that the release in this agreement may have been used to withhold his earnings from executive consulting, and earning from his work at other companies. His scripts were further infringed upon by Disney ABC, after the effective date of the agreement and his copyrighted music catalogue was infringed upon and adapted by Disney in violation of the mutual release in Paragraph 8. Quincy Magee has rights to music and films which have won awards (i.e. Grammy Awards, Academy of Motion Picture Awards, and Golden Globe Awards) (Music Content Analysis) These projects are infringe upon his copyrighted music compositions and writings.

8.  Quincy Magee believes that DISNEY/ABC requested the release in the agreement and withheld payment in an attempt facilitate fraud and retaliation. He also believes that Disney wanted to limit Quincy Magee's cooperation in the FBI investigation of various entities including Goldman Sachs.

Quincy Magee
141 N Wilton St.
Philadelphia, PA 19139

1. Library of Congress - Copyrights - Document Numbers QMAGEEMUSIC
    1. SR365333 - 2005
    2. SRU521082 - 2003
    3. SRU540071 - 2004
    4. 1646736179
    5. SRu000540071
    6. PA0001926609
    7. SRu000521082
    8. SR0000365333
    9. 1-191893241: Closed
    10. PA0001926609
    11. 1-1897166831, 2012
    12. 1-7108258211, 2018, 1/9/19, CD Printed Material, 12/6/18,
    13. 1-7108258218, 2014,
    14. 1-8428610008
    15. 1-8873715361
    16. 1-8800563121
    17. 1-8428609789
    18. 1-8428610084
    19. 1-8428610048
    20. 1-7108258211
    21. 1-9600279861
    22. 1-9534297871
    23. 1-8873715664
    24. 1-8873715598
    25. 1-8663261061

| QUINCY MAGEE - VALUATION BY PROJECT (Millions) | VALUATION | BUDGET | NET REVENUE |
|---|---|---|---|
| **2006** | 205 | 85 | 120 |
| The Holiday - On Q "Lover and Friend" | 205 | 85 | 120 |
| **2009** | 167 | 25 | 142 |
| Up In the Air - Academy Award Best Origonal Screen Play, Dreamworks and Disney Distribution Deal - On Q "Lover and Friend" | 167 | 25 | 142 |
| **2010 - 2014** | 5,221 | 1,400 | 3,821 |
| Midnight in Paris - Producer and Writer - On Q "Tonight" | 151 | 17 | 134 |
| The Judge | 84 | 50 | 34 |
| Man of Steel - Producer and Writer, Music On Q " Superman" | 668 | 225 | 443 |
| The Dark Knight Rises - Producer and Writer, Music | 1,085 | 300 | 785 |
| The Dark Knight - Producer and Writer | 1,005 | 185 | 820 |
| The Wolf of Wall Street - Producer and Writer, Hypnotize, On Q "Oscar" | 392 | 100 | 292 |
| Gravity - Producer and Writer, 4.11 On Q - "Superman" | 723 | 100 | 623 |
| Maleficent - Producer and Writer, BHM | 759 | 263 | 496 |
| X-Men - First Class | 354 | 160 | 194 |
| **MGM** | 1,990 | 450 | 1,540 |
| 007 Spectre - Consulting Producer - Characters, Original Song, Sam Smith, Adele Sky Fall - On Q " From the Sky" | 881 | 250 | 631 |
| Skyfall, Musical Theme | 1,109 | 200 | 909 |
| | | 20% | |
| **Marvel - Consulting Producer, Writer, Director 10+ Projects - Scripts in PDF** | 15,395 | 3,118 | 12,277 |
| Avengers- Age of Ultron - Consulting Producer - Characters, Writer | 1,405 | 316 | 1,089 |
| Dr. Strange - Producer, and Writer | 678 | 165 | 513 |
| The Amazing Spider Man 2 - Consulting Producer - Music, On Q "Sure Fire" | 709 | 293 | 416 |
| Guardians of the Galaxy 2 - Consulting Producer | 864 | 200 | 664 |
| Infinity War - Writer - Producer - Director | 2,022 | 400 | 1,622 |
| Thor - Ragnarok - Writer, Director | 854 | 180 | 674 |
| Spider Man Homecoming - Producer - "Life Rights" | 880 | 175 | 705 |
| The Black Panther - Writer Director Producer, "Infinity War" and "Guardians Adaptation" | 1,313 | 210 | 1,103 |
| Civil War - Consulting Producer | 1,153 | 250 | 903 |
| Ant-Man and the Wasp - Writer SASWS Adaptation, | 622 | 195 | 427 EST |
| Deadpool 2 | 741 | 110 | 631 EST |
| Venom, On Q "Trap House" "Scorpion", "Otherside", Franken Hyde, Script | 855 | 116 | 739 EST |
| Captain Marvel, Producer, Director, Writer, "Bingo," "Bond Film Script" | 1,111 | 152 | 959 EST |
| Avengers: Endgame, Producer, Director, Writer - Infinity War Part 2 Script, Star Wars - "Dark Ages" Script, IDI "Script" | 2,188 | 356 | 1832 EST |
| | | 3% | |
| **Lucasfilm - Star Wars - Consulting Producer / Special Effects Producer / Writer, Assistant Director / Music Supervisor** | 5,447 | 1,296 | 3,803 |
| The Force Awakens - On-Q, Molly | 2,068 | 306 | 1,762 |
| Rogue One - Space Script | 1,056 | 265 | 791 |
| The Last Jedi - Space 2 Script | 1,333 | 200 | 1,133 |
| Solo: A Star Wars Story - Script Writer, Consulting Producer | 392 | 275 | 117 |
| The Rise of Skywalker | 598 | 250 | 348 |
| **2015 - 4+ Projects** | 2,499 | 553 | 1,946 |
| Mission Impossible: Rogue Nation - Consulting Producer - Characters - Original Score | 683 | 150 | 533 |
| The Martian - Consulting Producer - Special Effects Director - Original Score | 630 | 108 | 522 |
| The Hunger Games: Mockingjay - Consulting Producer - Character - Writing - On Q "Provacateur" | 653 | 160 | 493 |
| The Revenant - Consulting Producer - Special Effects Director On Q - "No Way Out" | 533 | 135 | 398 |
| **2016 - 5+ Projects** | 2,385 | 353 | 2,032 |
| The Man from U.N.C.L.E. - Consulting Producer - Writer | 110 | 75 | 35 |
| Cinderella - Music Soundtrack, Score | 544 | 95 | 449 |
| Frozen - Consulting Producer - Story Editor - On Q - Boosting | 1,276 | 150 | 1,126 |
| By the Sea - Producer - On Q "Watch Me" | 10 | 3 | 7 |
| La La Land - Producer / Writer - Origional Music with Harvard and Hurwitz | 446 | 30 | 416 |
| **2017 - 28+ Projects** | 7,565 | 2,410 | 5,155 |
| Justice League - Producer, Special Effects Editor | 658 | 300 | 358 |
| Wonder Woman - Producer/Writer | 833 | 149 | 672 |
| Coco - based on Quincy Magee's works SW - MJ and QJ | 750 | 200 | 550 |
| The Disaster Artist - Producer - Deuces Script | 30 | 10 | 20 |
| Murder on the Orient Express - Producer / Writer - II Script | 352 | 55 | 297 |
| Molly's Game - Producer - Writer - Based on Song "Molly" and Various Other Music From On Q | 53 | 30 | 23 |
| Pirates of the Caribbean | 795 | 320 | 475 EST |
| War for the Planet of the Apes - Producer Writer - On Q "Avalanche" | 491 | 150 | 341 |
| Get Out - Produced / Writer - Song - Get Out | 255 | 5 | 251 |
| My Cousin Rachel - Producer - Writer - Song "Get Out" | 9 | 0 | 9 EST |
| The Shape of Water - Producer / Writer - Pentagon. Papers Script and FrankenHyde Script | 193 | 20 | 173 |
| Atomic Blond - Producer / Writer - Deuces Script | 98 | 30 | 68 |
| Valerian - Producer / Writer - Valerian Script | 226 | 205 | 21 |
| The Mummy - Producer Writer - FrankenHyde Script | 409 | 195 | 214 |
| John Wick 2 - Producer / Acting / Assistant Director | 172 | 40 | 132 |
| Beauty and the Beast - Producer | 1,264 | 160 | 1,104 |
| Trainspotting 2 - Producer | 72 | 0 | 72 EST |
| Going in Style - Producer / Actor / Assistant Director | 85 | 25 | 60 |
| King Arthur - Producer / Director - Space Script | 149 | 175 | -26 |
| Wind River - Producer / Writer - On Q - Hypothermia, Sorry | 40 | 11 | 29 |
| Suburb-Icon - Producer Writer - On Q "All of Me" | 10 | 25 | -15 |
| Brad Status - Producer / Assistant Director/ Actor | 3 | 0 | 3 EST |
| Blade Runner - Producer / Writer - Lyrics | 293 | 213 | 80 |
| Jigsaw - Producer / Writer - Script for Murder Mystery | 103 | 10 | 93 |
| Roman J Esq. - Producer / Writer - Tort Book and CSM Book | 13 | 22 | -9 |
| I Tonya - Producer / Writer - Deuces - Space 2 - King and Queen - Grievances | 46 | 11 | 35 |
| The Post - Grievances, Writing on Watergate, Franken Hyde Script | 174 | 50 | 124 |
| **2018 - 12+ Projects** | 5,662 | 1,259 | 4,403 EST |
| Mission: Impossible - Fallout - Adaptation of Bond Script | 790 | 178 | 612 |
| Crazy Rich Asians - Dating Movie Script, Sent to CAA | 239 | 30 | 209 |
| Ocean's 8 | 297 | 70 | 227 |
| Ready Player One, Space 2, The Ambassador, The Queen, V, Others. | 582 | 175 | 407 |
| A Wrinkle in Time | 132 | 130 | 2 |
| A Star is Born (2018) - | 383 | 40 | 343 |
| Red Sparrow - Deuces Script Adaptation, Life Rights, Headwinds | 152 | 69 | 83 |
| Collete, (Elements of Space, "The Queen" and "the Ambassador", Song "No Love", The Case) | 7 | 5 | 2 |
| Ralph Breaks the Internet | 529 | 175 | 354 EST |
| Incredibles 2 | 1,243 | 200 | 1,043 |
| Jurassic World: Fallen Kingdom, Scene Writing, Directing, "Chase Scene" | 1,309 | 187 | 1,122 |
| **2019- 1+ Projects inclu. Content Platform, AI, VR, AR** | 3,095 | 737 | 2,358 EST |
| Joker, Story LivWell 6.13.112 Song Joker | 1,061 | 70 | 991 EST |
| Maleficent: Mistress of Evil - BHM | 481 | 185 | 296 EST |
| John Wick: Chapter 3 - Parabellum - Actor Writer Producer | 327 | 75 | 252 EST |
| Men in Black: International - On Q Second Nature | 254 | 110 | 144 EST |
| Hustler - On Q Girls | 151 | 21 | 130 EST |
| Knives Out - FrankenHyde OutsideOut | 128 | 40 | 88 EST |
| Ad Astra - Space | 127 | 100 | 27 EST |
| Once Upon a Time... in Hollywood- Bio | 372 | 96 | 276 EST |
| Rocketman - Music - Bio | 195 | 40 | 155 EST |
| **2020- 1+ Projects inclu. Content Platform, AI, VR, AR** | 9,559 | | 9,559 EST |
| | | | |
| MINIMUM TOTAL FILM BOX OFFICE | 59,190 | 11,686 | 37,597 |

| QUINCY MAGEE - VALUATION BY PROJECT (Millions) | VALUATION | BUDGET | NET REVENUE | |
|---|---|---|---|---|
| **2012 - 2018 TV and Streaming Assets** | 7,800 | 1,255 | 6,545 | |
| ABC - Consulting Producer - News, Daytime, Consulting Music Supervisor, X-Games, Scandal | 150 | 35 | 115 | EST |
| BBC America - Co - Creator, Consulting Executive Producer - Writer, London Spy - Based on Deuces Script, The Night Manager, Headwinds | 150 | 35 | 115 | EST |
| CBS - Consulting Producer, Scorpion, Late Late Show | 150 | 35 | 115 | EST |
| NBC - Consulting Producer, Writer - SNL 3.5.16, 11.13.16, Blindspot, Late Night, Olympic, The Brave, This is Us | 150 | 35 | 115 | EST |
| HBO - Writer Deuces, Insecure, Girls, True Blood, | 1,200 | 105 | 1,095 | EST |
| USA - Consulting Executive Producer - Writer - Mr. Robot, Executive Producer - Queen of the South - Based on Captain Script | 300 | 70 | 230 | EST |
| HULU - Consulting Assistant Director, Writer - Difficult People - Content Strategy - Distribution Platform | 150 | 35 | 115 | EST |
| Comedy Central - Consulting Assistant Director, Writer - Broad City | 150 | 35 | 115 | EST |
| Spike - Creator and Consulting Producer - Lip Sync Battle - SNL skit concept from rump-candy | 600 | 70 | 530 | EST |
| Netflix - House of Cards - Mindhunter (Monster Script) = Friends From College, Stranger Things, - Consulting Writer - Consulting Producer - Documentary Civilizations, Altered Carbon, Quincy, Marvel Projects, Maniac, Love Death and Robots, (Dump - On Ω - Inferno) (Sonnie's, On Ω - Monster, Otherside ) ( The Witness - On Ω Molly Treatment), The Irishman, Actor | | | | |
| Amazon Prime - Various, Patriot - Producer,  The Marvelous Mrs. Maisel, The Man in the High Castle, A Very English Scandal - Headwinds and Deuces, Story | 1,800 | 300 | 1,500 | EST |
| rights | 1,500 | 250 | 1,250 | EST |
| YouTube | 1,500 | 250 | 1,250 | |
| **2019 TV and Streaming Assets** | | | | |
| | 1,849 | 1,255 | 594 | EST |
| **2020 TV and Streaming Assets** | | | | |
| | 2,311 | 1,569 | 743 | EST |
| **MINIMUM TOTAL TV AND STREAMING** | 11,960 | 4,079 | 6,545 | |
| **MINIMUM TOTAL FILM, TV, AND STREAMING** | 71,150 | 15,765 | 55,385 | |

FILM CLAIMS: Defendant failed to provide "certification of sums" and payment for "time and expenses" for the attached works.

QUINCY MAGEE – FILMS BY YEAR

2006

The Holiday - On Q "Lover and Friend" –

This film follows the narrative of the song written by Quincy Magee. This film also marketed the concept of home sharing across the world. Quincy Magee reserves his ancillary rights and any subsequent use.

2009

Up In the Air - Academy Award Best Original Screen Play, DreamWorks and Disney Distribution Deal - On Q "Lover and Friend"

In 2009, Disney purchased distribution rights to "Up in the Air" a film which is an adaptation of the lyrics of a song Quincy Magee wrote titled "Lover and Friend" from 2006. The film included relationships between characters, setting, themes, and narrative from Quincy Magee's song.

2010 - 2014

Midnight In Paris - Producer and Writer - On Q "Tonight"

> Midnight in Paris follows the narrative of the song "Tonight" written by Quincy Magee

The Judge

> Contains substantial elements of Quincy Magee's writings and songs

Man of Steel - Producer and Writer, Music On Q - "Superman"

Quincy Magee wrote a theme song to the film, which was adapted into the films theme, by Hans Zimmer. The melody Quincy Magee composed was interpolated by the drums. The cadence is similar and the note intervals. The piano part Quincy Magee composed was interpolated by the strings. The theme also contained elements of "Real Money" composed by Quincy Magee

The Dark Knight Rises - Producer and Writer, Music

The plot and narrative to The Dark Knight Rises follows the narrative of Quincy Magee's song "Disaster" "Its like the tornado blew us away, the earthquake ruined our foundation, it's like the water washed us away…"

The Dark Knight - Producer and Writer

> Contains substantial elements of Quincy Magee's writings and songs

The Wolf of Wall Street - Producer and Writer, Hypnotize, On Q "Oscar"

The Wolf of Wall Street." The film follows the narrative of Quincy Magee's song titled "Oscar" recorded in 2011, written earlier than 2011) which makes reference to the financial services industry, contract law, and the culture of managing client relationships, and the legal framework of contracts, the film includes scenes adapting Quincy Magee's works.

Gravity - Producer and Writer, 4.11 On Q - "Superman"

The film Gravity follows the narrative and lyrics of the song "Superman" written by Quincy Magee.

Maleficent - Producer and Writer, BHM

Maleficent follows the narrative and character Quincy Magee developed for his song titled "BHM." In the song he describes a female character, which matches the character in the motion picture.

X-Men - First Class

X-Men First Class references the lyrics in Quincy Magee's song "Lover and Friend" in which Quincy Magee writes "taking First Class flights all around the globe."

MGM

007 Spectre - Consulting Producer - Characters, Original Song, Sam Smith

> Spectre narrative and characters features elements of the song Provocateur by Quincy Magee

Skyfall, Musical Theme Adele Sky Fall - On Q " From the Sky"

The theme song to Skyfall features elements of the song From the Sky written by Quincy Magee

Marvel - Consulting Producer, Writer, Director 10+ Projects - Scripts in PDF

Avengers- Age of Ultron - Consulting Producer - Characters, Writer

> Contains elements of Quincy Magee's writing and life rights.

Dr. Strange - Producer, and Writer

Contains substantial elements of Quincy Magee's script "Space"

The Amazing Spider Man 2 - Consulting Producer - Music,

On Q "Sure Fire" The scene in the street features elements of the song "Sure Fire "written by Quincy Magee

Guardians of the Galaxy 2 - Consulting Producer

> Contains substantial elements of Quincy Magee's script which he wrote for the film.

Infinity War - Writer - Producer - Director

> Contains substantial elements of Quincy Magee's script which he wrote for the film.

Thor - Ragnarök - Writer, Director

> Contains substantial elements of Quincy Magee's script which he wrote for the film.

Spider Man Homecoming - Producer –

Contains substantial elements of Quincy Magee's script which he wrote for the film in his music and contains elements of his life rights.

The Black Panther - Writer Director Producer, "Infinity War" and "Guardians Adaptation"

Contains substantial elements of Quincy Magee's script which he wrote for the film Infinity War and Guardians of the Galaxy

Civil War - Consulting Producer

> Contains substantial elements of Quincy Magee's writings and songs

Ant-Man and the Wasp - Writer SASWS Adaptation,

> Contains substantial elements of Quincy Magee's writings and songs

Deadpool 2

     Contains substantial elements of Quincy Magee's writings and songs

Venom

Contains substantial elements of Quincy Magee's script On Q "Trap House" "Scorpion", "Otherside", Franken Hyde, Script

Captain Marvel, Producer, Director, Writer,

Contains substantial elements of Quincy Magee's script "Bingo (A Top Gun Story)" "Bond Film Script"

Avengers: Endgame, Producer, Director, Writer

Contains substantial elements of Quincy Magee's script Infinity War Part 2 Script, Star Wars - "Dark Ages" Script, IDJ "Script"

Lucasfilm - Star Wars - Consulting Producer / Special Effects Producer / Writer, Assistant Director / Music Supervisor

The Force Awakens - Script Writer, Consulting Producer

Contains substantial elements of Quincy Magee's script, On-Q, Molly and Life Rights

Rogue One - Script Writer, Consulting Producer

Contains substantial elements of Quincy Magee's script, Space Script

The Last Jedi - Script Writer, Consulting Producer

Contains substantial elements of Quincy Magee's script, Space 2 Script

Solo: A Star Wars Story - Script Writer, Consulting Producer

Contains substantial elements of Quincy Magee's script, Space 2 Script

The Rise of Skywalker - Script Writer, Consulting Producer

Contains substantial elements of Quincy Magee's script, Space 2 Script


2015 - 4+ Projects

Mission Impossible: Rogue Nation - Consulting Producer - Characters - Original Score

The Martian - Consulting Producer - Special Effects Director - Original Score

Contains substantial elements of Quincy Magee's writings and songs including "12.28," and "Diamonds"

The Hunger Games: Mockingjay - Consulting Producer - Character - Writing –

Contains substantial elements of Quincy Magee's song On Q " Provocateur"

The Revenant - Consulting Producer - Special Effects Director

Contains substantial elements of Quincy Magee's writings and songs including On-Q - "No Way Out" "Hypothermia"

2016 - 5+ Projects

The Man from U.N.C.L.E. - Consulting Producer – Writer –

Cinderella - Music Soundtrack, Score – Music of the Song "Strong"

Contains substantial elements of Quincy Magee's writings and songs "12.28" and "Superman" "2012"

Frozen - Consulting Producer - Story Editor –

Contains substantial elements of Quincy Magee's writings and songs including On Q – "Boasting" "Hypothermia"

By the Sea - Producer - On Q "Watch Me"

      By the Sea follows the narrative and characters of the song "Watch Me" by Quincy Magee

La La Land - Producer / Writer - Original Music with Harvard and Hurwitz

The La La Land soundtrack contains elements of Quincy Magee's compositions which would have been subject to the release he was asked to sign while at Harvard in 2016. The film follows the narrative of his life.


2017 - 28+ Projects

Justice League - Producer, Special Effects Editor

      Contains substantial elements of Quincy Magee's writings and songs

Wonder Woman. - Producer/Writer

      Contains substantial elements of Quincy Magee's writings and songs

Coco - based on Quincy Magee's works SW - MJ and QJ

      Contains substantial elements of Quincy Magee's writings and songs

The Disaster Artist - Producer –

Contains substantial elements of Quincy Magee's writings and songs including, Deuces Script

Murder on the Orient Express - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including, IJ Script


Molly's Game - Producer - Writer –

Contains substantial elements of Quincy Magee's writings and songs including Based on Song "Molly" and Various Other Music From On Q

Pirates of the Caribbean

      Contains substantial elements of Quincy Magee's writings and songs

War for the Planet of the Apes - Producer Writer - On Q "Avalanche"

War for the Planet of the Apes contains a scene which is an adaptation of a song "Avalanche" written by Quincy Magee

Blade Runner – Producer

Contains substantial elements of Quincy Magee's writings and songs

Get Out - Produced / Writer - Song - Get Out

The film Get Out contains characters and narrative and sub-text from Quincy Magee's song "Get Out" and follows the setting and treatment of his short film "Molly"

My Cousin Rachel - Producer - Writer - Song "Get Out"

The film "My Cousin Rachel" contains characters and narrative and sub-text from Quincy Magee's song "Get Out"

The Shape of Water - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including Pentagon. Papers Script and FrankenHyde Script

Atomic Blond - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including, Deuces Script

Valerian - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including, Valerian Script

The Mummy - Producer Writer –

Contains substantial elements of Quincy Magee's writings and songs including, FrankenHyde Script

John Wick 2 - Producer / Acting / Assistant Director

Beauty and the Beast – Producer

Contains substantial elements of Quincy Magee's writings and songs including "Monster"

Trainspotting 2 – Producer

Contains substantial elements of Quincy Magee's writings and songs

Going in Style - Producer / Actor / Assistant Director

King Arthur - Producer / Director –

Contains substantial elements of Quincy Magee's writings and songs including, Space Script

Wind River - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including On Q - Hypothermia, Sorry

Suburb-icon - Producer Writer –

Contains substantial elements of Quincy Magee's writings and songs including On Q "All of Me"

Brad Status - Producer / Assistant Director/ Actor

Jigsaw - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including Script for Murder Mystery

Roman J Esq. - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including Tort Book and CSM Book

I Tonya - Producer / Writer –

Contains substantial elements of Quincy Magee's writings and songs including Deuces - Space 2 - King and Queen - Grievances

The Post –

Contains substantial elements of Quincy Magee's writings and songs including Letters, Grievances, Writing on Watergate, Franken Hyde Script

2018 - 12+ Projects

Mission: Impossible - Fallout –

Contains substantial elements of Quincy Magee's writings and songs including Adaptation of Bond Script

Crazy Rich Asians –

Contains substantial elements of Quincy Magee's writings and songs including Dating Movie Script, Sent to CAA, and Life Rights

Ocean's 8

Contains substantial elements of Quincy Magee's writings and songs

Ready Player One,

Contains substantial elements of Quincy Magee's writings and songs including Space 2, The Ambassador, The Queen, V, Others.

A Wrinkle in Time

Contains substantial elements of Quincy Magee's writings and songs

A Star is Born (2018)

Contains substantial elements of Quincy Magee's writings and songs including Life Rights

Red Sparrow –

Contains substantial elements of Quincy Magee's writings and songs including Deuces Script Adaptation, Life Rights, Headwinds

Collete,

Contains substantial elements of Quincy Magee's writings and songs including (Elements of Space, "The Queen" and "the Ambassador", Song "No Love", The Case)

Ralph Breaks the Internet

Contains substantial elements of Quincy Magee's writings and songs

Incredibles 2

Contains substantial elements of Quincy Magee's writings and songs

Jurassic World: Fallen Kingdom, Scene Writing, Directing,

Contains substantial elements of Quincy Magee's writings and songs including "Chase Scene" which references a scene he wrote for his JI script.

2019- 1+ Projects inclu. Content Platform, AI, VR, AR

Joker,

Contains substantial elements of Quincy Magee's writings and songs including "Live Well" "6.13.112" "Joker" and life rights.

Maleficent: Mistress of Evil

Contains substantial elements of Quincy Magee's writings and songs including "BHM"

John Wick: Chapter 3 - Parabellum – Actor, Writer, Producer

Men in Black: International

Contains substantial elements of Quincy Magee's writings and songs including On Q Second Nature

Hustler

Contains substantial elements of Quincy Magee's writings and songs including, On Q "Girls"

Knives Out -

Contains substantial elements of Quincy Magee's writings and songs, FrankenHyde Outside Out

Ad Astra

Contains substantial elements of Quincy Magee's writings and songs including, Space Script

Once Upon a Time... in Hollywood,

Contains substantial elements of Quincy Magee's writings and songs including Biography and Life Rights

Rocket Man

Contains substantial elements of Quincy Magee's writings and songs including


COPIES OF SCRIPTS BY QUINCY MAGEE 2014 TO 2019 IN THEIR ORIGINAL FORM

MUSIC CLAIMS: Defendant failed to provide "certification of sums" and payment for "time and expenses" for the attached works.

Quincy Magee -  (Musicology Analysis)

Quincy Andrew Magee also known as "On Q"

Various Music Analysis Including the Below:

Britney Spears "Gimmie More" On Q – "Get Next to Me" 2005

Liam Payne "Strip that Down" – On Q "Audio 08" "8" "Baby"

Lady Gaga "Just Dance" – On Q "Yea Yea Yea" "Tonight"

Jamie Fox

"Fall for Your Type" - On Q "Audio 09_00" On Q Good Love

"Blame it On" - On Q "STAQ"

Jack White and Alicia Keys

        "Another Way to Die" - On Q "Broken Record" Music Cadence Strings  Notes - "Heart Skips"

Melanie Fiona "4AM" - On Q "Audio 04_03" - Chords and Music

Kiiara - "Gold" - On Q - "Provocateur" - "Muah" Soundcloud

Taylor Swift

"Look What You Made Me Do" - On Q - "BHM" - Video Treatment  - Visual Interpolation-

"Blank Space" - On Q - "Falling Out of Love" - Melody and Rhythm - Cadence - Lyric: "Don't Say I Didn't Want You" Alludes to the Lyrics of On Q -" Falling Out of Love" "When You Didn't Call"

"How You Get The Girl" - On Q and _____- "Cold Summer Night" - Drums Rhythm Cadence - On Q "When The Party's Over" Theme - On Q "Let Him Go" subject matter of the song "Grab Your Girls"

"Wildest Dreams" - On Q - "When The Party's Over" - Piano Interpolation

Falling Out of Love" - Melody - Ad Libs  from On Q "Church"

"Gorgeous" - On Q "Baddest Chick"

"Dancing With Our Hands Tied" - On Q - "Beyonce Til the End of Time Remix" Arrangement, Synth Chords

Lana Del Rey - Executive Producer

"West Coast" - On Q "Aphrodite" "Make 2nite" - Tempo - Cadence - Vocal Rhythm; Rey: "Miss You So Much", On Q: "Came Right Back"

"Like it with Love", On Q ¬ "On It Like Love"

One Republic - Executive Producer - Various - Drew Brown -

"Apologize" - On Q " Track" Lyrics, Piano and Theme

"Counting Stars" - On Q "You Agree" "2.113" Lyrics, Piano and Theme

*Mix The Piano Live

"Fear" – On Q "20 Music 2005"

Mark Ronson

"Uptown Funk" - On Q "Beautiful Hate Machine" Cadence, Rhythm of the Horns, Theme of the Song, Visual Treatment for Video1

Dua Lipa

     "One Kiss" - On Q "Kiss"

     "Electricity" - On Q "Home"

Lil Wayne "A Milli" On Q "freestyle" "Bill Gates" – On Q "Make Love"

Imagine Dragons "Radioactive" On Q - Track New Age Ballad (1)" Synth Chords - "Avalanche" Synth Bass - Lyrics from Title

SBTRKT - Wildfire - On Q "7.291"

Drake - Executive Producer  - 40 Shehib - Boi Wonder - The Dream If you are reading this its too late (Album) ¬Desire EP ¬ and Nothing was the Same/ Take Care/Views Various ¬ 2.13/ Just What I Like, Gassed Up, Various

"U.G.K." - On Q "Struggle"

"Headlines" - On Q 10 Music 2005"

"From Time" - On Q "4.16.13"

"Take Care" - On Q "5.72" Music, Drums Rhythm

"Money to Blow" - On Q - "Audio 12_00" - Synth - Tempo Track - "Oh Oh Oh" Flow from On Q "Tonight" Song Theme

"Best I Ever Had" - On Q - "Love" -

"Shut It Down" - On Q - "Track New Age Ballad (1)" –

"Loyal" – On Q "2.13.16"


Etta Mai - Boo'd Up - Audio 24-29 (master) - Music and Lyrics Theme


Frank Ocean - Executive Producer - "Channel Orange" "Nostalgia Ultra"


Madonna - Executive Producer "Confessions from the Dance Floor"

"Get Together" - On Q "Tonight"

"Heart Beat" - On Q "Copy of Audio 02_04"


Maroon 5 - Executive Producer -"Oversexposed" - "Red Pill Blues" Michael Madden

"One Night" - On Q "One Night" Lyrics Melody, Theme

"Payphone" - On Q "Bridge"

"Cold" - On Q - "Hypothermia"

"Daylight" - On Q "This Close" Piano Part and Melody - On Q "Tonight" Ohhs

"Love Somebody" - On Q "BHM" Cadence Synth- "Falling Out of Love With You" Guitar and Lyrics "Halfway" - Chorus - "Tonight" Ohhs - "This Close" Melody from 'Bridge'

"Moves Like Jagger" - On Q "Shades" Guitar Cadence - On Q 2005 " Track 20" Synth Melody and Rhythm


*Compress Vocals Chain - Boost Vocal in EQ -

*Either use background singers or mix in pre-recorded harmonies and background vocals


MIA - Executive Producer

"Know It Ain't Right" - "4.11 instru" - Theme Rhythm Cadence


Mariah Carey - Executive Producer -  "Memoirs of an Imperfect Angel" Sound of the Album based on On Q "2005 CD" - The Dream

"Obsessed" - On Q "Challenge" Vocals, Stutter Adlibs

DNCE - "Cake by the Ocean" - On Q "Watch Me"

Selena Gomez - Stargate

"Come and Get It" - On Q - "4.11" Chords - Arrangement Background Vocals, On Q "Challenge" Vocals

"Same Old Love" - On Q - 'Circ Du"

"Slow Down" - On Q "Beyonce Til the End of Time Remix" Arrangement, Synth Chords,  B Section

"Save The Day" - On Q "Break"

"Undercover" - On Q "BHM" & On Q "Beyonce Til the End of Time Remix" Arrangement

"Nobody Does It Like You" - On Q - "Cold Summer Night" - Drums Rhythm Cadence, On Q "Superman" Piano

Harry Styles "Lights Up" – On Q "4.11," "lyrics from various song "Cupid had a Gun", "keep going back" On Q "You Agree" "2.113" Lyrics, Piano and Theme

Tinashe  - Executive Producer

"2 On" - On Q - 'Circ Du" Bass and Rhythm

Jennifer Lopez - Max Martin

"First Love" - On Q - "4.11" Chords Synth Sound, Chorus - Synth "B.H.M"

Usher

"OMG" On Q "STAQ" - On Q "Turn It Up" Sound Design and Lyrics  "She Wants It All" "Lyrics Song Theme

"Yeah" -- On Q "Yea Yea Yea"

Britney

"Gimme More " - On Q "Next to Me" "24 Track 2005" "Audio 14"

MGMT

"Electric Feel" - On Q "Next to Me" "24 Track 2005"

Nicki Minaj - Executive Producer - On Q - 2008 - Name

"Mixtape" Freestyle - On Q "Dec 24"

"Shanghi" - On Q 'Pull Up" Lyrics

"Chun Li" - On Q "Parrots" Beat, Rhythm

"Beez in a Trap" - On Q "freestyle" Beat, Rhythm


Radiohead

"Lotus Flower" – On Q "Yea Yea Yea"


Lil Wayne

"A Milli" On Q "Freestyle" Beats and 808s


Justin Timberlake - Executive Producer - "Sex Love and Magic" - "20/20 Experience"

"Sexy Back" - On Q 2005 " Track 20" "Track 16" Rhythm, Cadence

"Until The End of Time"  - On Q 2005 " Track 19" and " Track 20" Rhythm, Cadence Synth

"TKO" - On Q "Knockout" - Theme Lyrics, Vocal Arrangement - Synth "Sure Fire" and "Table"

"Cabaret" - On Q "Make Love" Ad Libs and Cadence Tempo, Rhythm, Vocal Arrangement

"Murder" - On Q "Table" Interpolation Rhythm Chords, Theme

"Drink You Away" - "New Age Ballad" Vocal Arrangement, Song Arrangement, Chords

"Amnesia" - On Q "Love Me" Interpolation, Rhythm, Tempo, Chords,

"Not a Bad Thing" On Q "This Close" Vocal Melody, "March For Love" Interpolation, Tempo, Chords Lyrics "Bleed Me Dry"

"Mirror" - Audio 01 KILLA ILLIOMAAAAAN(master) Sounds - Audio 01 - 01 B Section - "New Age Ballad" Vocal Arrangement, Song Arrangement


Kanye West

"Flashing Lights" - On Q "06 Music 2005" Strings and Rhythm

"Oh Sight" - On Q "06 Music 2005" Strings and Rhythm

"Heartless" On Q "Make Love"


Migos - Executive Producer - QC


Michael Jackson - Executive Producer - "Invincible" - "Xscape"

"A Place with No Name" - " On Q "3.9" Rhythm Chords - On Q "Molly Video" Describes the Molly Treatment and Video

"Slave to the Rhythm" - On Q "My Body" - Rhythm, Chords, Tempo Interpolation

Iggy Azaeilia - Executive Producer -

Charli XCX - Executive Producer -

Iggy Azaelia featuring Charlie XCX "Fancy" - On Q "5.182 Let It Go" Lyrical Cadence and Flow - On Q "Make The Call"

Kanye West - Executive Producer - "My Dark Twisted Fantasy" - "Yeezus" - "Life of Pablo" - "Ye"

Daft Punk -

Amy Winehouse - "Back to Black" - Producer "On Q "Tonight" Lyrics, Track

Adele - Executive Producer  - "19" - "21" - "25"

"Hometown Glory" – On Q "Copy of Audio 10_01.wav"

"Send My Love" -  On Q "March For Love" Interpolation

"Other-side" - On Q "Other-side" Theme and Lyrical Content

"Set Fire to the Rain" - On Q 2005 " Track" Interpolation, Audio 04_00[1] (2).wav Arrangement

"He Won't Go" - On Q 2005 " Track 12" Interpolation

Madonna - Executive Producer - "Confessions From the Dance Floor"

"Get Together" - On Q "Dream" Theme Lyric "Must be a dream" "Its all and illusion"

Khalid "Talk" – 'sexy rnb club joint (2).mp3"

Nico and Vinz

"Am I Wrong"- On Q "2012"

30 Seconds to Mars - Various

Beyoncé - Executive Producer - "I AM"  "4"  "Beyonce" - "Boots'

"Upgrade U" On Q – "Make Love"

"Start Over" - On Q and ___ "Starting Over"

"Scared of Lonely" - Interpolation, Audio 01 KILLA ILLIOMAAAAAN(master)

"Single Ladies" On Q 2005 " Track 20" "Track 14" Rhythm, Staccato Horns Bass

"Sweet Dreams" - Interpolation On Q "Philly" "Throwdown" "24 Music 2005"

"Partition" On Q "2.13" Rhythm and Cadence, Synth Sound - On Q "Provocateur"

"Ghost" - On Q  "Ghost"

"7/11" On Q "2.13" "YDG" "Diamonds" - On Q "Beyonce Til the End of Time Remix" Musical Arrangement

"Lemonade" - Interpolation

"Feeling Myself" - Interpolation

"Run The World" On Q 2005 " Track 20"

"That's Why Your Beautiful" - On Q 2005 " Track 16" Interpolation

"1+1" - On Q "New Age Ballad"

"Flawless" - On Q "6.19" - Bass Drums - Rhythm Cadence


Destiny's Child - Executive Producer - "Destiny Fullfilled"

Developed the Sound For the Album 2003


Wiz Khalifa -

"Hope" - On Q - "No Love"


Jay Z - Executive Producer - "Blueprint 3" "Watch the Throne" "Magna Carta the Holy Grail"

"Empire State of Mind" Music from 2008 beat CD

"Niggas In Paris" - On Q "Girls" Interpolation

"No Church in the Wild" - On Q - 'Circ Du" Bassline - On Q "4.11" - Strings and Chords - On Q, 7.2 "Lyrics"

"Avalanche" Lyrics On Q "Make Love", On Q - "Church"

"Otis" Video Treatment

"Tom Ford' - On Q "Molly" - Rhythm


Fetty Wap -

"Trap Queen" - On Q - "Bad Girls Verse" Rhythm and Cadence of Lyrics and Ad libs "Yeah"


John Legend -

"All of Me" - On-Q "All of Me"

Coldplay -

"X Y" - Executive Producer - Track 7 from 2004 -

"Viva la Vida" - Executive Producer

"Various" - "Hypnotized" - "Evergreen"

"Something Just Like This"

"Daddy" – "Love Me" "Audio 03"

Bruno Mars - Executive Producer

"Locked Out of Heaven" - On Q "Let Him Go"

"Finesse"

"24K Magic"

24k Magic Album

Ed Sheeran - Executive Producer

South of the Boarder – "Aphrodite Theme"

Ariana Grande - Executive Producer

"Break Free" - On Q "Break Free" Music and Theme

Sweetener - Executive Producer - Various

"No Years Left to Cry" - On Q - "9.142" Chords and Bass Line - Synth Chorus

"7 Rings" - On Q "Piano Played in Harvard Hall" on Google

"God is a Woman" - On Q - "4.11"

"One Last Time" - On Q - "6.123"

Leona Lewis -

"Bleeding Love" - On Q "Broken Record" Interpolation

Hozier  - Executive Producer

"Take Them to Church" - On Q "Church"

Rita Ora -

"Body On Me" - On Q "My Body"

Janet Jackson -

"Burn it up" - ¬ On Q ¬ "Sure Fire"

Sam Smith  - Executive Producer

"Writing's on the Wall" -¬ On Q "Connection"

The Weeknd  - Executive Producer

"Care for You" ¬- On Q ¬"BioFuel"

"High Five" - ¬ On Q ¬ "Diamonds"

The Script - Executive Producer - "Science and Faith" - Andrew Frampton

"You Won't Feel a Thing" - On Q "Motif Track 7" - Interpolation, On Q "Hypothermia 11.19-25" Lyrics "For You"

"Science and Faith" - On Q 2005 " Track 20" Rhythm, Cadence - On Q "Motif Track 7" - Rhythm of the Chorus

Mary J Blige - Without You - On Q - Piano "mar15 joint classic"

Marsha Ambrosia - "Far Away" - On Q Piano "mar15 joint classic"

Rihanna  - Executive Producer -

"Bitch Better Have My" ¬ On Q "Married to the Money"

"We All" - On Q "Talk To Me"

"American Oxygen" ¬ On Q "Second Nature"

"Unfaithful" - On Q - Piano "mar15 joint classic"

"Needed Me" - Lyrics

"Angel" - On Q - Angel

"Diamonds" - On Q ¬ "From the Sky"  On Q "12.27" Lyrics "Halfway"

"Work" ¬- On Q "Work Me Out"

"Stay" - On Q "Love Me" "9.25" - Lyrics Even though I can't Stay" Lyrics and Piano Synth Interpolation - On Q "10.17" -Estranged

"Angel" - On Q "Angel"

Bat for Lashes - Executive Producer

"Winter Fields" ¬ - On Q ¬ "2012", "1.17.2" Chords and Cadence

One Direction  - Executive Producer

"That's Why You're Beautiful", On Q "08 CD ¬ Track 2¬3" ¬ On Q "Shades"

"The Story of My Life Home"

Justin Bieber - Executive Producer - "Purpose"

"Sorry" ¬ On Q "BHM" and "2nd Nature"

Demi Lovato ¬ -

"Confident" ¬ On Q ¬ "That's Why" ¬ "Make the Call"

Sonna Relc -

"Strong" -¬ On Q ¬ "This Close" ¬ "Church"

Walk the Moon -

"Avalanche" ¬- On Q "Avalanche" and "Let Him Go"

Calvin Harris  - Executive Producer

"WFL" "TIWYCF"

Future  - Executive Producer

Mike Will Made - "Watch Me" - MP

Usher

"Climax", -  "Audio 01_03" Introduction Tempo and Cadence - On Q "Love Me" Chords Tempo "9.25" Usher: "Made a mess of love"

Desiigner - Executive Producer

Chris Brown

    "Look At Me Now" - On Q - "Audio 21_00"  Sounds and Rhythm Cadence

Jason Derulo -

"Swalla"

Cardi B - Executive Producer

"Bodak Yellow" - On Q - "Squawk"

Katy Perry

"I Kissed a Girl" - On Q "2005 Track 20" "Audio 01[0]" Chorus has the same notes as synth lead. Chorus Rhythm is similar in cadence to "Audio 01_03[0]" "Audio 38"

"Roar" - On Q "2005 Track 20" and "Parrots" as seen in video, Chorus has the same notes chorus in Roar

"Dark Horse" - On Q "Aphrodite" Theme of song mentions the title of song, reflects the lyrics of the song. "Audio 09" Verse and Chorus

"Teenage Dream" - On Q "motif dec track 7" Chorus uses same melody and cadence. Lyrics from Audio 09" Guitar "Audio 01[0]" "Down"

"Firework"  On Q - "Tell Me" Melody of the Chorus is the same

Quincy Magee Executive Produced Projects for the below Artists

Liam Payne - Executive Producer

Chainsmokers - Executive Producer

Ed Sheeran - Executive Producer

Charlie Puth  - Executive Producer

Shawn Mendez - Executive Producer

Childish Gambino - Executive Producer - 3005 , On Q - "Audio 08"

Katy Perry - Executive Producer

Travis Scott - Executive Producer

Various:

Beyoncé ¬ 7/11 – YDG - Diamonds and Pearls/2.13 ¬ Lemonade ¬ Sorry

Beyoncé and Nicki Minaj ¬ Feeling Myself

Beyoncé ¬ Beyonce – On Q –Provocateur, GHOST, as well as, various songs in catalogue

Nicki Minaj ¬ Shanghai – Pull Up, Dec 24,

Drake – If you are reading this its too late (Album) ¬Desire EP ¬ and Nothing was the Same/ Take Care/Views Various ¬ 2.13/ Just What I Like, Gassed Up, Various

Wiz Khalifa ¬ Hope ¬ No Love

Kanye West ¬ All Day – Like a River

Timberlake ¬ TKO ¬ Knockout

Jay Z ¬ Tom Ford ¬ Molly ¬ Run this Town ¬Empire State of Mind

Fetty Wap ¬ Trap Queen ¬ Bad Girls Freestyle ¬ and All of Me - Cut me Out ¬

John Legend - All of Me - On-Q All of Me

Silento ¬ Watch Me ,¬ On¬ Q Watch Me

Rihanna ¬ "Bitch Better Have My" ¬ Married to the Money ¬American Oxygen ¬ Second Nature - Unfaithful - Needed Me - Diamonds

Coldplay - Various - Hypnotized -Evergreen -White Shadows - On Q "motif dec track 7" guitar rhythm and cadence, melody

Maroon 5 - Over Exposed -  "Cold" On Q - Hypothermia -

Bruno Mars - Locked Out of Heaven - 24k Magic Album

Ed Sheeran - Various

Ariana Grande ¬ Break Free , On - Q¬ Break Free

MIA ¬ Know it Ain't Right, LA Beat 4.11

Leona Lewis ¬ Bleeding love ¬ On Q ¬ Broken Record

Hozier ¬ Take them to Church ¬ On Q ¬ Church

Rita Ora ¬ Body on Me On Q ¬ All Over Body

Janet Jackson ¬ Burn it up ¬ On Q ¬ Sure Fire

Sam Smith ¬ Writing's on the Wall ¬ On Q Connection

Lana Del Rey ¬ Summertime Sadness (Dance Mix) ¬ On¬Q Hypnotize

Adele Other-side ¬ On Q ¬Other-side of me (song titles with ASCAP) ¬ Second Nature ¬Drream - Skyfall - Similar to the technique. I used for my ABC theme song. WABC

The Weeknd ¬ Care for You ¬ On Q ¬BioFuel High Five ¬ On Q ¬ Diamonds

Lana Del Rey ¬ West Coast, On Q ¬ Aphrodite Like it with Love, On Q ¬ On It Like Love

Jay¬ Z / Kanye West ¬ No Church in the Wild, On Q -Church. Various Magna Carta and Watch the Throne/ Blueprint 3

Drake ¬ Take Care, U.G.K. - Struggle

The Script ¬ You won't ever feel a thing, OnQ ¬ Hypothermia

Rihanna ¬ Diamonds; On Q ¬ From the Sky ¬ Work ¬ Unfaithful

Bat for Lashes ¬ Winter Fields ¬ On Q ¬ 2012

One Direction ¬ That's Why You're Beautiful - On Q "Shades", The Story of My Life - On Q  "Home"

Justin Bieber ¬ Sorry ¬ BHM and 2nd Nature various

Demi Lovato ¬ Confident ¬ On Q ¬ That's Why ¬ Make the Call

Sonna Rele ¬ Strong ¬ On Q ¬ This Close ¬ Church

One Direction ¬ Beautiful ¬ 08 CD ¬ Track 2¬3 ¬ On Q Shades

Walk the Moon ¬ Avalanche ¬ On Q Avalanche and Let Him Go

Mariah Carey - Obsessed

Rihanna - Unfaithful - ANTI

Taylor Swift - Wildest Dreams

Calvin Harris WFL TIWYCF, hits

Future - Mike Will Made - Watch Me - MP

Diplo - Climax, Look At Me Now

Desiigner

Tinashe - 2 On

Jay Z

Beyonce - Scared of Lonely - Forward - Irreplaceable "Audio 01_03 (2)" Chords and song response

Jason Derulo - Swalla

Chainsmokers & Coldplay


Executive Producer of Projects by the below:

Ed Sheeran

Beyonce

Michael Jackson - Xscape - Invincible

The Weekend

Charlie Puth

Shawn Mendez

Childish Gambino

Taylor Swift

Katy Perry

Zayn Malik

Rihanna

Ariana Grande

Demi Lovato

Travis Scott

Katy Perry

Liam Payne

## ARGUMENT

C.L.U.S. § 106 "exclusive rights in copyrighted works" and 106a "rights of certain authors to attribution and integrity" It states that works are owned by the Author and the Copyright holder. Quincy Magee is the author and copyright holder, and the copying of his works is considered the opening of an exclusive rights contract and the Walt Disney Companies executives will be in violation of their responsibility to shareholders if they attempt aide and abate the fraud against Quincy Magee. Quincy Magee further requests to have this agreement investigated for issues of duress, economic duress and undue influence which would make the 2014 contract void.

In response to the argument that the "release and discharge" in Paragraph 8(a.) would require dismissal

1. Quincy Magee believes that the contract makes clear that the release in Paragraph 8(a.) is not intended to preclude civil proceeding.
    a. Paragraph 17 states "New York County shall be the exclusive forum for resolutions of disputes between the parties arising out of this agreement or its performance" Paragraph 17 demonstrates the intent of the Walt Disney Company and the American Broadcasting Company in consenting to New York County as the location for the resolution of disputes which arise out of this agreement, and provides a 'forum' for dispute resolution, separate from the release in Paragraph 8(a.)
    b. Furthermore, the 'certification of the sums' term in paragraph 8(a) is considered to be for the same term as the term of the 'release… from claims' as they appear in the same clause, 'from the beginning of time to the effective date of the agreement.' Furthermore, a release would require the "consideration" and resolution of all claims which would arise during this term of the release, which requires discovery. This makes clear the discovery is required as a term of the agreement.
    c. Paragraph 8(a.) demonstrates that The Walt Disney Company agreed to enter into negotiations with Quincy Magee in regard to the use of his song "We Always Been Cool." Quincy Magee believes the intention to negotiate extends to include all of his works. Furthermore, Quincy Magee believes this stipulation categorically excludes his works from the "release from …claims" in Paragraph 8(a.). Furthermore, By the same contractual standard, he would have had to list the property to which he intended to provide ABC a release. Furthermore, the "mutual release from claims" in paragraph 8 would bar ABC from making claim to Quincy Magee's personal property or infringing on his rights.

In response to the argument that the discovery request is "overly burdensome"

1. Quincy Magee believes that his discovery requests will be proportional to the term and scope of the contract.
    a. Paragraph 2 makes clear that the 'certification of sums' in the agreement is to include all monies "contractual or otherwise," which would require discovery to extend beyond the scope of Quincy Magee's employment as a Senior Financial Analyst, at ABC.
        i. It should be noted, Quincy Magee was hired as a Senior Financial Analyst and within a short period also assumed the duties of a Finance Manager and enrolled at New York University School of Professional Studies. Then in 2016, he enrolled at Harvard Business School, while working as a chief executive consultant, and business owner.
        ii. Quincy Magee contacted internal counsel at The Walt Disney Company and external counsel at Cravath Swaine and Moore to negotiate the terms and scope of the contract in 2016, when the scope of his work expanded beyond The American Broadcasting Company.

It is not appropriate to grant an anti-filing injunction.

- Quincy Magee is a Pro Se litigant who filed the initial case in 2017 while homeless, he did not have the resources to retain counsel. For this reason, Quincy Magee is requesting an extension on all filing limits.
- Quincy Magee endured retaliation and harassment by the defendant, and police after filing his case and requesting a protective order from Judge McMahon. Any attempt to prevent Quincy Magee from making claims would be a type of retaliation, especially considering he did not receive adequate response from FBI

regarding his claims of retaliation in 2017 in New York. For this reason, Quincy Magee is requesting an extension on all filing limits.

- Quincy Magee's previous filings were dismissed without prejudice and the defendant was not served. Also, the subject of his appeal was the conduct and handling of his filing at the court. The subject of his appeal and Supreme Court petition was due to malfeasance at the District Court, not the merits of his claims and complaint.
- Quincy Magee did not have access to a copy of the contract from 2015 to 2018. For this reason, Quincy Magee is requesting an extension on all filing limits.
- Quincy Magee has made several complaints to police in New York, NY, Cambridge, MA, Miami, FL and Philadelphia, PA in regard to retaliation and harassment some of which he provided to Judge Aaron Under Seal. For this reason, Quincy Magee is requesting an extension on all filing limits.
- This complaint is not frivolous as there is a contract at issue.
- Also, Quincy Magee has reason he believes that person associated with Facebook desired to intervene in this contract dispute, due to their exposure to liability. Quincy Magee would like to determine if London Fischer is in anyway associated with David Fischer the Revenue Officer of Facebook. Quincy Magee filed complaints about being harassed, extorted and bullied by associates of Facebook i.e. Peter Thiel. An incident of this harassment occurred after Quincy Magee requested a protective order from Judge McMahon in 2017. Quincy Magee also filed a complaint with the SEC about the Palantir IPO.
  . Quincy Magee believes that Facebook attempted to extort Quincy Magee to prevent him from obtaining the resources to litigate his claims

In response to the motion to stay discovery

1. If required, Quincy Magee is prepared to argue further that any stay of discovery is not appropriate
   a. The Walt Disney Company began a tacit motion to compel discovery in 2014 without the authority of the court using tactics such as unauthorized surveillance, a claim unrefuted in the motion for stay of discovery. Furthermore, Quincy Magee believes this type of one-sided discovery nullifies the mutual release mentioned in Paragraph 8(a.), (b.).
   b. The Walt Disney Company also used tactics such as breach of contract (deprivation), harassment, and retaliation to interfere with Quincy Magee's claims, tactics which also lead to financial hardship, and personal injury as described in the complaint and motion for sanctions.
   c. Spoliation inference: The Walt Disney Company used tactics such as unauthorized surveillance as a form of discovery to control evidence of claims, which makes any stay of discovery inappropriate.
      i. The Walt Disney Company had motive to use its influence to take control of Quincy Magee's email account quincy.magee@gmail.com from 2015 to 2018 in an attempt to control evidence and discovery in this contract dispute, which prevented Quincy Magee from having access to his copy of the contract from 2015 until 2018.
      ii. The Google email account quincy.magee@gmail.com and the godaddy.com hosted email account quincy@renmedia.info mentioned herein also contained documents and evidence of his claims. It should be further noted that the godaddy.com email account quincy@renmedia.info was deleted by godaddy.com after approximately only 30 days of non-payment, as a result of deprivation and breach of contract, in 2015 shortly before the release of the motion picture, Star Wars: The Force Awakens was distributed, to which Quincy Magee claims rights.

RELIEF

In 2014, Quincy Magee entered into a cooperation agreement with ABC. As part of the terms of the agreement Quincy Magee is entitled to a "certification of sums contractual or otherwise" and payment for "times and expenses" as outlined in the agreement. Quincy Magee was selected to begin working on projects at the film studio upon his selection as a finalist in the 2014 Disney ABC Film Festival It should also be noted that some of these productions began prior to Quincy Magee being employed by The American Broadcasting Company. "Copyright Documents Attached" (attached) Quincy Magee was then recruited to expand his role within The Walt Disney Company. Quincy Magee is entitled to be paid for his work as an executive, producer, writer, composer, director, and actor for projects of The Walt Disney Company, including projects at Marvel and Lucasfilm, and projects outside of the Walt Disney Company. There are projects which were distributed before 2014 and after the effective date of the 2014 agreement. Quincy Magee was operating under this cooperation agreement, and the breach of the "certification of sums contractual or otherwise" clause, led to the agreement, in the language of the Disney Pixar co-productions deal (1997), to operate on a "passive financial basis." While the average salary for an executive producer at The Walt Disney Company is more than 230,000.00 USD. Quincy Magee believes that he is entitled to co-production credits and revenue share due the contract operating on a passive financial basis, which prevented him from investing his earnings more directly. He requests he receive proper credit and receive compensation from the beginning of time for his work as described in the complaint.

It should be noted that these contract terms in effect led to Quincy Magee entering into an exclusive co-production agreement, where his earnings and compensation were then reinvested into future projects by The Walt Disney Company for productions included on the "Valuation by Project" (attached) to which Quincy Magee contributed in areas including as an executive, producer, writer, composer, director, and actor as a result he is entitled to compensation and equity.

1. Quincy Magee requests the court to order The American Broadcasting Company and The Walt Disney Company to pay Quincy Magee in the form of money and equity, as described above, for all of his property (including music compositions, writings, treatments, scripts, and designs) which were "used in", or "referred to", in film, television and video productions, or any Disney project or venture, and comply with the terms of his agreement, by certifying to him the "sums due to him contractual or otherwise" Furthermore, he requests the court to order The American Broadcasting Company and The Walt Disney Company to pay him for his time and expenses, for work he performed for companies outside of the organization which were not paid to him directly, as this contract establishes.

2. Quincy Magee requests the court to order The American Broadcasting Company and The Walt Disney Company to pay Quincy Magee compensatory damages in the form of money for all his property which was damaged or lost due to their failure to comply with the terms of this agreement including any property damaged or lost due to any retaliation, fraud, or extortion which resulted from the release in the agreement. He requests to court to determine if the contract occurred under duress. (Details Attached)

3. Quincy Magee also asks the court to order The American Broadcasting Company and The Walt Disney Company to pay him damages for the personal injury he experienced which resulted from their failure to comply with the terms of the agreement. (Details Attached)

4. Quincy Magee requests the court to order The American Broadcasting Company and The Walt Disney Company to pay Quincy Magee compensatory damages in the form of money for all of his property which was damaged or lost due to their failure to comply with this agreement including any property damaged or lost due to any retaliation, fraud, or extortion which resulted from the agreement.

5. Quincy Magee also asks the court to order The American Broadcasting Company and The Walt Disney Company to pay him damages for the personal injury he experienced which they sought to cover with the agreement, or which resulted from their failure to comply with the terms of the agreement, including punitive damages for the willful nature of the negligence and malfeasance

6. Also, it should be noted that after this cooperation agreement was signed in 2014, Google then incorporated a holding company named Alphabet with a website address of 'abc.xyz' Quincy Magee believes this was designed to protect Google from liability and in effect tried to make it appear that Google is a party to the

It should also be noted that in 2016 when Quincy Magee was accepted into Harvard Business School's OPM, Executive Education program for entrepreneurs with a valuation of more that 10M USD, he was asked, and refused to sign a release of his media rights, which he retains as part of this cooperation agreement with the Walt Disney Company. Quincy Magee then experienced retaliation.

Persons of Interest: Tanya Menton, 77 W 66th St, New York, NY 10023, Alan Braverman, 500 S Buena Vista St Burbank, CA 91521, Robert Iger, 500 S Buena Vista St Burbank, CA 91521, Kevin Feige, 500 S Buena Vista St Burbank, CA 91521

I Quincy Magee declare under penalty of perjury that the facts are true and correct.

Sincerely,

Quincy Magee



November 4, 2014

Mr. Quincy Magee
630 Lenox Avenue
Apartment 9F
New York, New York  10037

Dear Quincy:

The following will confirm our agreement regarding your employment at American Broadcasting Companies, Inc., a subsidiary of ABC, Inc. (hereafter collectively referred to as "ABC" or the "Company"):

1.     You have tendered your resignation and ABC has accepted your resignation, effective November 28, 2014 (the "Separation Date").

2.     After the Separation Date, you shall receive your final paycheck and payment for your accrued and unused 2014 vacation entitlement.  The payment for accrued and unused vacation is not compensation for the purposes of any benefit plan of ABC or The Walt Disney Company ("Disney") and there shall be no contribution to any plan as a result of that payment. The sums set forth herein, less appropriate deductions and withholdings for federal, state and local taxes, shall include all of the monies due you from the Company, contractual or otherwise to which you may be entitled except for any vested benefits you may have in the Disney Retirement Plan and the Disney Savings and Investment Plan.

3.     Your medical, dental and vision coverages under the Disney Signature Plan shall end on the Separation Date at which time you shall be eligible to continue medical, dental, and vision coverages at your own cost under the Consolidated Omnibus Budget Reconciliation Act ("COBRA") for up to eighteen (18) months.  Your life insurance coverage shall end on the Separation Date at which time you shall be eligible to convert your coverage to an individual policy at the insurance carrier's prevailing rates.

4.     Your participation in the medical, retiree medical, dental, vision and life insurance plans set forth above shall be subject to and in accordance with the terms and conditions of each plan.  Any changes in the terms of coverage (including continuation of coverage, covered conditions, available benefits, deductible levels, cost of coverage, etc.) applicable to plan participants generally shall apply to you and your eligible dependents.  You may contact the Benefits Department if you need information or have questions about benefit coverage.

5.     Your participation in all other Company benefits plans, other than those set forth in this Agreement, shall cease on the Separation Date or the date you secure alternative employment, whichever is earlier.

Mr. Quincy Magee
November 4, 2014
Page 2

6. By the Separation Date, you agree to return to ABC all Company property in your possession, custody or control, including, but not limited to, your identification card, Company credit cards, computer equipment, business files and records, beeper/pager and office keys.

7. The Company shall not oppose your application for unemployment insurance made after the Separation Date. The Company's internal records shall reflect that you are eligible for rehire by the Company.

8. (a) In consideration for the Company's agreement to provide you with certain of the sums and benefits set forth herein, you, on behalf of yourself and your heirs, representatives and assigns, hereby release and discharge ABC, its parent companies, and all of its or their subsidiaries and divisions, and all of the respective current and former directors, officers, shareholders, successors, agents, attorneys, representatives and employees of each ("released parties"), of and from any and all claims you ever had, now have, or may in the future assert regarding any matter arising from the beginning of time to the effective date of this Agreement, including, without limitation, all claims regarding your employment with or separation from ABC, any claim for equitable relief or recovery of monies or damages, any contract claim (express or implied), any tort claim, any claim for wages or benefits (including, but not limited to, any claim under the Employee Retirement Income Security Act), any claim for breach of a fair employment practice law (including, but not limited to, Title VII of the Civil Rights Act of 1964, as amended, the Civil Rights Act of 1991, the Americans With Disabilities Act of 1990, the Family and Medical Leave Act, the New York State Human Rights Law, and the New York City Human Rights Ordinance) and any violation of any other local, state or federal law, ordinance, regulation or statute ("released claims"). You further agree not to initiate any claim, arbitration, suit, action, charge, complaint, grievance, investigation or other proceeding against the released parties. You represent that you have not filed or initiated any such proceedings against the released parties. Notwithstanding the foregoing, you shall retain all rights to the song "We Always Been Cool" and, in the event that the Company elects to use this song, the Company shall enter into negotiations with you regarding the rights for this song.

(b) You represent that your actions and conduct while employed at ABC were in good faith. Based on and subject to your representations, the ABC Released Parties hereby releases you, your heirs, representatives, executors, administrators, successors and assigns from any and all claims the ABC Released Parties ever had, now have, or may in the future assert regarding any matter arising from the beginning of time to the date of this Agreement, including, without limitation, all claims regarding your employment with or separation from ABC. Notwithstanding the foregoing, nothing contained herein shall affect or release any right of the Company to enforce the terms of this Agreement.

9. Pursuant to and as part of your complete, total release and discharge of the released parties, you agree, unless called for by court order, subpoena, or formal written discovery request not to assist or otherwise participate in (except as set forth in paragraph 12

Mr. Quincy Magee
November 4, 2014
Page 3

herein) any claim, arbitration, suit, action, charge, complaint, grievance, investigation or other proceeding of any kind in any forum which relates to any matter that involves the released parties that occurred on or before the effective date of this Agreement.  You agree that you will provide prompt notice of any such subpoena or court order, in advance of the return date, to the Office of the General Counsel, ABC, Inc., 77 West 66th Street, New York, NY 10023.

10.    You agree that any confidential or proprietary information you acquired during your employment with ABC shall not be disclosed either directly or indirectly, to any other person or used by you in pursuit of other interests.

11.    You agree that neither you nor anyone acting on your behalf shall publicize, disseminate or otherwise make known, either directly or indirectly, the terms of this Agreement or the negotiations leading thereto, to any other person except to your spouse, taxing authorities and to those individuals rendering professional financial or legal advice, or unless called for by court order or other compulsory process of law, regular on its face.

12.    You agree to provide reasonable cooperation to ABC, its parent companies, and all of its or their subsidiaries and divisions in their defense of or other participation in any administrative, judicial or collective bargaining proceeding arising from any claim, charge, complaint, lawsuit, grievance, arbitration, investigation or action which has been or may be filed or commenced.  You further agree to provide reasonable cooperation to the Company in responding to requests for information you may receive from time to time arising out of or related to matters within the scope of your employment.  The Company shall reimburse you any and all of your time and actual expenses incurred in connection with this paragraph.

13.    You acknowledge that you have been given a reasonable amount of time within which to consider this Agreement.  During that period, you have had the opportunity to review this Agreement with counsel of your own choosing, have read this Agreement carefully and/or had it read by your counsel, and are fully aware of and understand the Agreement's contents and legal effects.  **IT IS RECOMMENDED THAT YOU CONSULT WITH AN ATTORNEY BEFORE SIGNING THIS AGREEMENT.**

14.    This Agreement automatically becomes enforceable and effective on the date this Agreement is signed by the last party ("effective date").

15.    This Agreement does not constitute an admission by ABC or by you of any violation of any federal, state, local or administrative statute, ordinance, regulation or provision.

16.    This letter sets forth the entire agreement between you and ABC and supersedes any and all prior oral or written agreements or understandings between you and ABC concerning this subject matter.  This Agreement may not be altered, amended or modified except by a further writing signed by you and an authorized representative of ABC.

Mr. Quincy Magee
November 4, 2014
Page 4

    17.   This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to conflicts of law rules. New York County shall be the exclusive forum for the resolution of disputes between the parties arising out of this Agreement or its performance.

    If the foregoing correctly and fully recites the substance of our agreement, please so signify by signing in the space below.

Sincerely,

American Broadcasting Companies, Inc.
a subsidiary of ABC, Inc.

By: _____

    I am fully aware of and understand this Agreement's contents and I am entering into this Agreement knowingly, voluntarily, willfully and free from any coercion or duress.

ACCEPTED AND AGREED:

_____        11/21/14
Quincy Magee                 Date



**ASSURANT®**

American Bankers Insurance Company of Florida
PO Box 979055
Miami, FL 33197-9055
www.assurant.com

October 22, 2019

000018 - 000946
QUINCY MAGEE
141 N WILTON ST
PHILADELPHIA PA 19139

## Claim Information

| | | | |
|---|---|---|---|
| Insured: | EQUIFAX INC | Claim Number: | 00201114151 |
| Additional Name: | EQUIFAX INC IFS0211001 | Policy Number: | IFS021100101 |
| Cause of Loss: | Identity Fraud | Date of Loss: | 06-04-2019 |
| | | Reported Date: | 06-22-2019 |
| Property Address: | 141 N WILTON ST | | |
| | PHILADELPHIA, PA 19139 | | |

Dear Quincy Magee,

We have received from you, copies of letters sent to different companies regarding your credit, Notice of Breach of Contract, 2014 W-2 Wage & Tax Statement and an Incident Report from Metropolitan Police Department; however, we have not received the required documentation to review and process your claim.

• **Expense Receipts:**

1. Costs incurred by the **association member** for re-filing applications for loans, grants, or other credit that are rejected solely because the lender received from any source incorrect information as a result of the **identity fraud**;

2. Reasonable and necessary costs incurred by the **association member** for the replacement of identification cards, driver licenses and passports as a result of an **identity fraud**;

3. Reasonable and necessary costs incurred by the **association member** for ordering medical records for the purpose of amending and/or rectifying these documents as a result of an **identity fraud**;

4. Actual lost base wages that would have been earned, for time reasonably and necessarily taken off work solely as a result of efforts to amend or rectify records as to the **association member's** identity as a result of an **identity fraud**. Actual lost wages include remuneration for vacation days, discretionary days, floating holidays, and paid personal days but not for sick days or any cost arising from time taken from self-employment. Coverage is limited to base wages within twelve (12) months after discovery of an **identity fraud**. Base wages must be supported by and based on prior year tax return.

• **Legal Costs:**

1. Bills for attorneys' fees incurred in the defense of any legal action brought against the **association member** by a merchant, creditor or collection agency or entity acting on their behalf for non-payment of goods or services or default on a loan as a result of the **identity fraud**;

2. Bills for attorneys' fees incurred in the defense of or the removal of any criminal or civil judgments wrongly entered against the **association member** as a result of **identity fraud**; and

3. Bills for attorneys' fees incurred in challenging the accuracy or completeness of any information in a consumer credit report.

36212307/36212307



**Civil Court of the City of New York**
**111 Centre Street**
**New York, N.Y. 10013**

Quincy Magee
141 N. Wilton St
Philadelphia, PA 19139

Quincy Magee is requesting the income execution be lifted **File No. 361074**, he no longer lives in the state of New York, when he first applied for emergency income assistance while living in New York, he was promptly evicted after applying for income assistance, made in effect homeless until December 2017, and prevented from accessing his mail and completing additional benefit applications. These punitive actions by the housing court Judge Ramirez Judicial Misconduct Complaint (2018-N-0292) who now has been recently censured for misconduct, caused damage to Quincy Magee's personal finances and credit score, and arose out of a domestic violence situation, where SLM Savoy Park refused to replace his door, and allow him to secure his apartment, This unlawful action which he could not receive notice of was used to attempt to facilitate further domestic violence and fraud to attempt to sanction Quincy Magee and freeze his Merrill Lynch, IRA for more than 12 months. As a result, he is currently nearly $20,000 in debt. Quincy Magee believes the judge deliberately prevented him from applying for Supplemental Security Income by evicting him and attempted to commandeer his mailbox and caused further damage to his credit score and reputation.

Quincy Magee has relocated to Philadelphia in January 2018. (See Attached) therefore he is not subject to the income execution, per Ronald Moses, Marshall City of New York.

Change of Address
City Inspector Notice
Bed Bugs Treatment

Debt:
NYS Taxes $6,737
Bank of America $4,032
School Loan $3,305
Housing Court Judgement $5,437

By lifting the income execution, Quincy Magee will be able open accounts to pay his financial debt and assist him in purchasing a car and a home, as he currently lives alone, and is financially independent.

Quincy Magee



**NEW YORK CITY HOUSING AUTHORITY**
P.O. BOX 19207 • LONG ISLAND CITY, NY 11101-9998

Customer Contact Center: (718) 707-7771 • http://nyc.gov/nycha

**SHOLA OLATOYE**
CHAIR & CHIEF EXECUTIVE OFFICER

December 22, 2016

**Quincy Magee**
quincy.a.magee@gmail.com

Mail ID#: 1242581

Dear Mr. Magee,

Your inquiry to Mayor Bill de Blasio regarding the status of your application for public housing has been referred to my office for a response.

According to our records, your application is **active** on the preliminary waiting list. As soon as we reach applicants of your priority you will be called in for an eligibility interview. Please know that your application will be valid for two years from the most recent filing date. If you have not been scheduled for an eligibility interview within these two years, you must file a new application to maintain your place on the waiting list.

| Public Housing Program - Application Status | |
|---|---|
| Case No.: | 11547362 |
| Initial Filing Date: | 9/30/2015 |
| Most Recent Filing Date: | 9/30/2015 |
| Assigned Need Based Priority: | N4 |
| Assigned Working Priority: | None |

The New York City Housing Authority operates under a strict policy known as the Tenant Selection and Assignment Plan (TSAP). TSAP requires all applicants for public housing to be selected by our computer system, based on borough choice, apartment size, priority and initial filing date of the application. Due to the significant number of applicants in our preliminary waiting list and the limited number of available housing units it's not possible to provide applicants with an estimate as to when they will be reached for an eligibility interview.

If you have any new information about your current housing situation such as a change of address, income or family composition, you may visit or call our Customer Contact Center any weekday between 8 AM and 5 PM. A staff member will be glad to assist you. Also, please visit our website at www.nyc.gov/nycha to learn more about our housing programs and to enroll in our self-service portal. This portal allows you to check the status of your application, apply or renew your application online and update information, such as; address, phone number, e-mail address, income, family composition, borough preference as well as request accessible and elderly apartments.

Sincerely,

Monique McLeod

Monique McLeod, Deputy Director
Customer Operations Department

**Bronx Customer Contact Center**
478 East Fordham Road, 2nd Fl.
Bronx, NY 10458

**Brooklyn Customer Contact Center**
787 Atlantic Avenue, 2nd Fl.
Brooklyn, NY 11238

Quincy Magee

141 N. Wilton St. Philadelphia, PA, 19139

October 9, 2019

ALJ Case Number: 119-06945

---

Quincy Magee would also like to enter this complaint he made to Tumblr regarding harassment
and threats on social media in 2014, this harassment led to him signing the cooperation
agreement with The American Broadcasting Company. This online harassment foreshadows the
domestic violence and harassment he then experienced and reported to the police.

Sincerely,

Quincy Magee

 Gmail

**Quincy Magee <quincy.magee@gmail.com>**

---

## quincyjesuslovesyou tumblr harassment

**Quincy** <quincy.magee@gmail.com>                                    Mon, May 5, 2014 at 10:32 AM
To: abuse@tumblr.com

http://quincyjesuslovesyou.tumblr.com/

I have reason to believe that this tumblr is mean to embarrass and humiliate me. There are several references to things in my personal life as well as my job and now it appears that the tumblr has blocked my ID from viewing the information I would alike all material on this tumblr to the taken down immediately and I would like to pursue legal action against this defamation.

They even show their intention in the navigation "Life Ruiners" and "Prisons"

I would like to hear back from you ASAP or I will have to contact the police.

Thank you

Quincy Magee

 Gmail

**Quincy Magee <quincy.a.magee@gmail.com>**

---

## Thanks for emailing BuzzFeed Community Support!

---

**Quincy Magee** <quincy.a.magee@gmail.com>                    Sat, Sep 8, 2018 at 5:12 PM
To: BuzzFeed Community <communityhelp@buzzfeed.com>

Please move the below content it is rude hateful and untrue. It was on Google and I had it removed and now it's
appearing here. Please stop harassing me. This is trolling.

https://www.buzzfeed.com/danielgoodm/chester-quincy-magee-uninspired-plumber-frx?utm_source=dynamic&utm_
campaign=bfshareemail

QM
[Quoted text hidden]

American Express
PO Box 31525
Salt Lake City, UT 84131
(800) 567-1085



www.americanexpress.com

December 19, 2018

AB 01 000908 23398 E 4 A
ıılılılılllıılıltıllıllltllltıılıllılllltlıltıılltlllllıtl
Quincy Andrew Magee
141 N Wilton Street
Philadelphia PA 19139

Ref: 2018313AZ00435USD

Dear Quincy Andrew Magee,

This letter is in response to your recent correspondence concerning your application for Amazon Business Prime American Express Card.

Unfortunately, the information provided was not acceptable. Please forward the proper documentation so that we may continue processing the application.

The information on file at the consumer reporting agency(ies) shows that you have not yet established a credit history. Unless we locate your credit history, we will be unable to continue processing your application. For further consideration, please provide us with confirmation of your social security number, home address, and the correct spelling of your name, and please forward us any additional information you feel would assist us in locating your credit bureau file.

Please send the requested information to us within 30 days so that we may continue to process your application. If we don't receive this information from you within 30 days of the date on this letter, we won't be able to finish processing your application. If you have any questions regarding our decision, please call us at 1-800-567-1083 or write to us at the address above.

We look forward to hearing from you soon.

Sincerely,

American Express Customer Care

*We've provided an important notice below concerning your rights. The creditor is American Express National Bank.*

**Your Right to Get Your Credit Report**
Our decision was based in whole or in part on information obtained in a report from each consumer reporting agency in this letter. Please know that the consumer reporting agency played no part in our decision and cannot supply you with the specific reasons for our decision. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. It can be obtained by contacting them directly. You also have a right to a free copy of your report from the consumer reporting agency if you request it within 60 days after you receive this notice. If you find that any information contained in the consumer report you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer

UGNENGNWLTR0001

Page 1 of 2

**American General Life Insurance Company**
P.O. Box 90503
Amarillo, TX 79105-4003



October 4, 2019

QUINCY MAGEE
141 N WILTON ST
PHILADELPHIA, PA 19139

Policy Number:     4199648755
Insured:                QUINCY MAGEE

Dear QUINCY MAGEE:

Thank you for submitting an insurance application to American General Life Insurance Company. We have reviewed your application, but are unable to offer you a policy due to your medical history disclosed on our paramed exam.

Therefore, please note that no coverage is in effect and any coverage that may have been available under a Limited Temporary Life Insurance Agreement is no longer in force. If money was submitted with the application, a refund check will be mailed separately to the owner of the proposed policy.

If you would like to receive copies of the information obtained by the Company as part of your application process, please send a written request to American General Life Insurance Company at the address specified above within ninety (90) business days from the date of this letter. Please be sure to sign the request as the proposed insured or, if the proposed insured is a minor or has a legal guardian, make sure that it is signed by the parent or legal guardian.

To request copies of certain medical information that we obtained from your medical providers or other health care providers, we recommend that you contact them directly.

Based on the information forwarded to you, if you believe the information the Company relied on to make its underwriting decision is incorrect, you may ask us to make corrections, amendments, or deletions to some or all of the information. We will consider your request and, if we decide we are unable to make the requested changes, we will advise you of the reason for our decision in writing.  Should you disagree with the Company's ultimate decision as to your requested changes, you may then file a statement setting forth the reasons for your disagreement and it will be placed with your file.

**American General Life Insurance Company**
1-888-653-5463
Policies issued by American General Life Insurance Company (AGL). Issuing company AGL is responsible for financial obligations of insurance products and is a member of American International Group, Inc. (AIG).

Corr#: 0