UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Quincy Magee,

                      Plaintiff,

-against-

The Walt Disney Company, et al.,

                      Defendants.
------------------------------------------------------------X

19 **CIVIL** 10274 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 22, 2021, finding no error in the report and recommendation, the report and recommendation is adopted in full, and Mr. Magee's objections are therefore overruled. Mr. Magee's request to amend his complaint is DENIED. His motion for summary judgment is DENIED as moot. Mr. Magee's motion for relief filed August 10, 2021, is DENIED. The Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

        September 22, 2021

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                      **BY:**

                                            **Deputy Clerk**